# Exhibit 1

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Lesla*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-177-776

**Effective Date of Registration:**
July 22, 2019

**Registration Decision Date:**
November 15, 2019

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

| | |
|---|---|
| Title of Work: | Brigitte Bardot Douglas Kirkland 1965 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1965 |
| Date of 1st Publication: | September 18, 2013 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Douglas Morley Kirkland |
| Author Created: | Photograph |
| Domiciled in: | United States |
| Year Born: | 1934 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Douglas Morley Kirkland |
| | 9060 Wonderland Park Ave, Los Angeles, CA, 90046, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Francoise Kirkland |
| Email: | francoise@douglaskirkland.com |
| Telephone: | (323)656-8511 |
| Address: | 9060 Wonderland Park Ave |
| | Los Angeles, CA 90046 United States |

## Certification

Page 1 of 2

**Name:** Naomi M. Sarega, Esq., Authorized agent of Author/Owner
**Date:** July 22, 2019

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

