# Exhibit 2

# CRYSTAL ARTWORK



HOME    CRYSTAL ARTWORK    COMMISSION ARTWORK    WATERPROOF    FURNITURE    CONTACT US



**STAR STRUCK BARDOT**

Crystal Artwork



**LION**

Crystal Artwork



**LOVE ALL**

Crystal Artwork



**CLASSIC MADONNA**

Crystal Artwork



**AUDREY HEPBURN**

Crystal Artwork



**BENJAMIN FRANKLIN**

Crystal Artwork



**JAMES DEAN**

Crystal Artwork



**DRAMATIC MARILYN MONROE**

Crystal Artwork



**"BEYONCE – HALO CARTOON"**

Crystal Artwork



**DIAMONDS MARILYN MONROE RED LIPS**

Crystal Artwork

SHOW MORE

---



**FOLLOW US**

  

**CONTACT US**

E-mail: Art@KfirMoyal.com

Cell: +1 (786) 368-8503

© Copyright Kfir Moyal Art



HOME    CRYSTAL ARTWORK    COMMISSION ARTWORK    WATERPROOF    FURNITURE    CONTACT US




**STAR STRUCK BARDOT**
Crystal Artwork

**LION**
Crystal Artwork

**LOVE ALL**
Crystal Artwork





# STAR STRUCK BARDOT

- HOME
- CRYSTAL ARTWORK
- COMMISSION ARTWORK
- WATERPROOF
- FURNITURE
- CONTACT US



## ABOUT THIS PROJECT

Star-Struck Bardot – Hand painting acrylic on canvas | Pop Art | Mixed Media covered Swarovski Crystal and black Diamond dust | edition of 25 | avail sizes: 24"x24" – 40"x40"

**CATEGORY**
Crystal Artwork

## FOLLOW US

    

## CONTACT US

E-mail: Art@KfirMoyal.com
Cell: +1 (786) 368-8503

© Copyright Kfir Moyal Art

Modified: 01 Sep 2017   Screenshot: 01 Sep 2017 10:33:41


HOME   CRYSTAL ARTWORK   COMMISSION ARTWORK   WATERPROOF   FURNITURE   CONTACT US

**ABOUT THIS PROJECT**

Star-Struck Bardot – Hand painting acrylic on canvas | Pop Art | Mixed Media covered Swarovski Crystal and black Diamond dust | edition of 25 | avail sizes: 24"x24" – 40"x40"

**CATEGORY**
Crystal Artwork



# BARDOT SIDE TABLE



HOME    CRYSTAL ARTWORK    COMMISSION ARTWORK    WATERPROOF    FURNITURE    CONTACT US



## ABOUT THIS PROJECT

Hand Made side table with amazing finishes and Brigitte Bardot face on top.

Waterproof and cleanable like any regular table

By Pop Artist Kfir Moyal, Avail in different sizes

**CATEGORY**
Furniture



FOLLOW US

   

CONTACT US

E-mail: Art@KfirMoyal.com

Cell: +1 (786) 368-8503

© Copyright Kfir Moyal Art



