# Exhibit
# 4



*Instagram*

Search



## thecoolheart   Follow

**636** posts          **3,794** followers          **486** following

**The Cool HeArt**
ART GALLERY ✉info@thecoolheart.com @sofitellosangeles
www.eventbrite.com/e/the-cool-heart-tickets-94042881791?aff=utm_source...

Followed by **davenavarro** and **lovenausicaa**



Cardi B



#TheCool...



SHOW



GALLERY



SHOW FEB



THE COOL...

POSTS                                    TAGGED













  

Instagram

Search

  

  

  

  



Search

  





ABOUT US    HELP    PRESS    API    JOBS    PRIVACY

TERMS    DIRECTORY    PROFILES    HASHTAGS    LANGUAGE

© 2020 INSTAGRAM

 **SHOW** • Follow  12w



 Highlights · **Follow** 106w







**thecoolheart**
Sofitel Los Angeles at Beverly Hills

435    0       2d

**thecoolheart** ART SHOW_   FEB 13 @sofitellosangeles PREVIEW on RSVP ONLY _   after show starting 9 PM ▢▢ _ _ _ _ _ #cardib lover her painting by #kfirmoyal DISCOVER HIS NEW SERIE @thecoolheart . . . . #art #artshow #artgallery #friezeartfair #losangeles #thecoolheart #artist #interiordesign #collector #beverlyhills #malibu #hollywood #sofitel #sofitellosangeles #boutiquehotel #luxury #luxurylifestyle #realestate #luxuryhouses #cardib #kfirmoyal #orlinski #giulianobekor #kyliejenner









Contact



🙂 thecoolheart

200        1                            2w

**thecoolheart** Diamant dust on canvas : Get yours !
Swipe -> GET YOUR PERFECT ART @thecoolheart
@sofitellosangeles _ K _ _ _ _ 👤                    ART IS
FREEDOM #2020 THANK YOU K _ _ _ _ 👤 . . .
#thecoolheart #artgallery #boutiquehotel
#contemporaryart #popart #abstract #art
#losangeles #sofitel #hotel #sofitelhotel #resort
#artbasel #frieze #beverlyhills #rodeo #malibu
#california #designer #    riordesign #losangeles
#beverlyhills #malibu #  _ #nobu #jenniferhudson
#friezeartfair #artbasel #artist #contemporaryart
#popart #streetart #abstractart #california
#hollywood #luxury

frank_frankly_frank _  👍

→





**thecoolheart**
Sofitel Los Angeles at Beverly Hills

212    10    38w

**thecoolheart** ⚡Do You do you Saint Tropez ⚡
#brigittebardot #bulldog #sculpture #painting
#thecoolheart #hotel #sofitel #losangeles

**jasonmilov** _

**dinakadri** 👏👏

**drclementlee** 👏_

**brydenlando** ⚡

**presidentikeion** My fave

**thecoolheart** @jasonmilov _

**thecoolheart** @dinakadri thanks _

**thecoolheart** @drclementlee _

**thecoolheart** @presidentikeion ⚡⚡⚡🐶🐶🐶

**nojealousyla** _





**thecoolheart**

35    2              161w

**thecoolheart** 🎨THE WORLD IS SMALL. IN THE END WE ALL MEET UP IN BED 🎨 40x40 inch @thecoolheart @la_galeriemontaigne _ DM for inquiry_   #bardot #brigitte #icon #artgallery #galeriemontaigne #montaigneaddict #contemporaryart #popart #streetart #artgallery #nyc #miami #losangeles #beverlyhills #malibu #california #paris #london #realestate #homedecor #decoration #instagood #thecoolheart



# #The Cool HeART


0

 

Home            Artists            Fearless HeART            Contact



Giuliano Bekor

View More



Behind Pink Walls

View More

Keya

View More





# #The Cool He<span style="color:magenta">ART</span>

 0

Home          Artists          Fearless HeART          Contact



Once you become FEARLESS, life becomes LIMITLESS

Shop Now



**thecoolheart**
3.8K Followers | 486 Following | 636 Posts





# #The Cool HeART





Home          Artists          Fearless HeART          Contact





# #The Cool HeART





Home          Artists          Fearless HeART          Contact





# #The Cool HeART





Home          Artists          Fearless HeART          Contact





# #The Cool He<span style="color:magenta">ART</span>





Home          Artists          Fearless HeART          Contact





# #The Cool He<span style="color:magenta">ART</span>

 0



Home          Artists          Fearless HeART          Contact





# #The Cool He<span style="color:magenta">ART</span>

 0

 

| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|



The newest exhibition of **The Cool HeART** Gallery at Sofitel Los Angeles at Beverly Hills was attended by the likes of **Dame Dash**, **Evan Ross**, and many young Hollywood stars.










TheCoolHeArt | Art Gallery | LOVE



# #The Cool HeART



 

| Home | Artists | Fearless HeART | Contact |





# #The Cool HeART





Home          Artists          Fearless HeART          Contact



 #The Cool He**ART**





Home          Artists          Fearless HeART          Contact





# #The Cool He<span style="color:magenta">ART</span>


0

 

Home          Artists          Fearless HeART          Contact





# #The Cool HeART



 





# #The Cool HeART





Home          Artists          Fearless HeART          Contact





# #The Cool HeART







Home        Artists        Fearless HeART        Contact









# #The Cool HeART


0



Home          Artists          Fearless HeART          Contact





# #The Cool HeART



 

Home      Artists      Fearless HeART      Contact



aler, Nausicaa, Randy Jackson, Simone, and Guests

 #The Cool HeART

 0



Home          Artists          Fearless HeART          Contact





# #The Cool HeART




Home          Artists          Fearless HeART          Contact





# #The Cool He<span style="color:magenta">ART</span>



| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|





# #The Cool HeART




Home          Artists          Fearless HeART          Contact



TheCoolHeArt | Fearless HeArt



# #The Cool HeART





Home      Artists      Fearless HeART      Contact





# #The Cool He<span style="color:magenta">ART</span>




Home          Artists          Fearless HeART          Contact

geles at Beverly Hills is starting the
stic note with the unveiling of its new
aurant decor, featuring 40 one-of-
curated by the contemporary art
allery The Cool HeART.

ART was founded by entrepreneur
r, Nausicaa. Beginning her career
a in musicology from La Sorbonne,
is university, Nausicaa traveled the
odel working with some of the top
fter a long career in fashion, she
ttle in Los Angeles and renew her
rt when she began working at the
ontaigne as an art curator. She
cided to open her own gallery, The
nd has made a name for herself in

The Cool HeA
and art deale
with a diplom
the famous Par
world as a m
designers. A
decided to se
passion for a
Gallery M
eventually de
Cool HeART, c









# #The Cool HeART





Home     Artists     Fearless HeART     Contact





# #The Cool HeART



 

Home          Artists          Fearless HeART          Contact





# #The Cool HeART



 

Home          Artists          Fearless HeART          Contact





# #The Cool HeART




Home          Artists          Fearless HeART          Contact





# #The Cool He<span style="color:magenta">ART</span>





Home            Artists            Fearless HeART            Contact





# #The Cool He**ART**



 # #The Cool HeART





Home      Artists      Fearless HeART      Contact





# #The Cool He<span style="color:magenta">ART</span>





Home          Artists          Fearless HeART          Contact





# #The Cool He<span style="color:magenta">ART</span>



 

Home          Artists          Fearless HeART          Contact



 # The Cool He**ART**

 

| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|



 # The Cool He**ART**



 

| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|





# #The Cool HeART





Home          Artists          Fearless HeART          Contact





# #The Cool He<span style="color:magenta">ART</span>





Home          Artists          Fearless HeART          Contact



 # The Cool He**ART**

 0



Home    Artists    Fearless HeART    Contact





# #The Cool He<span style="color:magenta">ART</span>

Home          Artists          Fearless HeART          Contact



 # The Cool HeART





Home          Artists          Fearless HeART          Contact





# #The Cool HeART





Home          Artists          Fearless HeART          Contact





# #The Cool He**ART**




Home          Artists          Fearless HeART          Contact



 # The Cool He ART



 

Home          Artists          Fearless HeART          Contact





# #The Cool He<span style="color:magenta">ART</span>



 

Home        Artists        Fearless HeART        Contact





# #The Cool He<span style="color:magenta">ART</span>



 

| Home | Artists | Fearless HeART | Contact |





# #The Cool He<span style="color:magenta">ART</span>





| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|



 #The Cool He**ART** 



Home          Artists          Fearless HeART          Contact





# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |



 #The Cool He<span style="color:magenta">ART</span>





Home     Artists          Fearless HeART                    Contact

Customer Service                                    Shipping & Returns
E: info@thecoolheart.com                            Privacy Policy

© 2018 by The Cool HeART