DocuSign Envelope ID: 8E4A5734-7705-462D-BA7C-12F291E4BD14

MARY LU (State Bar No. 272034)
PATSY BARRON MARTINEZ (State Bar No. 311655)
**KERMISCH & PALETZ LLP**
12711 Ventura Blvd., Suite 200
Studio City, CA 91604
Telephone: (818) 478-1043
Facsimile: (818) 478-1047

Attorneys for Defendant:
**THE COOL HEART, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DOUGLAS KIRKLAND, | Case No.: 2:20-cv-01374-CBM-MAA |
|---|---|
| Plaintiff, | JUDGE CONSUELO B. MARSHALL |
| v. | **ANSWER TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| NAUSICAA COOL HEART & THE COOL HEART LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL | |
| Defendant. | |

Defendant The Cool Heart, LLC ("Cool Heart") by and through counsel, answers the Amended Complaint by Plaintiff Douglas Kirkland as follows:

**SUMMARY OF THE ACTION**

1. Paragraph 1 states legal conclusions for which no response is required.

2. In response to the allegations of paragraph 2, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

3. In response to the allegations of paragraph 3, Cool Heart admit that The Cool Heart, LLC is an art gallery located in Beverly Hills, California and Cool Heart is the owner and

___

Douglas Kirkland v. Nausicaa Rampony, The Cool Herat LLC et. al
2:20-cv-01374-CBM-MAA

operator of www.thecoolheart.com. Cool Heart denies the allegation in the remainder of this paragraph.

4. In response to the allegations of paragraph 4, Cool Heart admits the allegations contained therein.

5. In response to the allegations of paragraph 5, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

6. In response to the allegations of paragraph 6, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

7. In response to the allegations of paragraph 7, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

8. No response is required to paragraph 8.

9. In response to the allegations of paragraph 9, Cool Heart denies the allegations therein.

**JURISDICTION AND VENUE**

10. No response is required to paragraph 10.

11. In response to the allegations of paragraph 11, Cool Heart does not contest subject matter jurisdiction.

12. In response to the allegations of paragraph 12, Cool Heart does not contest personal jurisdiction.

13. In response to the allegations of paragraph 13, Cool Heart does not contest venue.

**DEFENDANTS**

14. In response to the allegations of paragraph 14, Cool Heart admits the allegations contained therein.

___

Douglas Kirkland v. Nausicaa Rampony, The Cool Herat LLC et. al
2:20-cv-01374-CBM-MAA

**THE COOL HEART LLC'S ANSWER TO
FIRST AMENDED COMPLAINT FOR
COPYRIGHT INFRINGEMENT**
Page 2 of 8

15. In response to the allegations of paragraph 15, Cool Heart admits the allegations contained therein.

16. In response to the allegations of paragraph 16, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

17. In response to the allegations of paragraph 17, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

18. In response to the allegations of paragraph 18, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

## THE COPYRIGHTED WORK AT ISSUE

19. In response to the allegations of paragraph 19, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

20. In response to the allegations of paragraph 20, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

21. In response to the allegations of paragraph 23, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

## PRIOR INFRINGEMENT JUDGMENT AGAINST KMAGI

22. In response to the allegations of paragraph 24, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

___

Douglas Kirkland v. Nausicaa Rampony, The Cool Herat LLC et. al
2:20-cv-01374-CBM-MAA

THE COOL HEART LLC'S ANSWER TO
FIRST AMENDED COMPLAINT FOR
COPYRIGHT INFRINGEMENT
Page 3 of 8

23. In response to the allegations of paragraph 25, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

24. In response to the allegations of paragraph 26, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

25. In response to the allegations of paragraph 27, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

26. In response to the allegations of paragraph 28, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

**INFRINGEMENT AT ISSUE IN THIS CASE**

27. In response to the allegations of paragraph 29, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

28. In response to the allegations of paragraph 30, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

29. In response to the allegations of paragraph 31, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

30. In response to the allegations of paragraph 32, Cool Heart denies the allegations in paragraph 32.

31. In response to the allegations of paragraph 33, Cool Heart denies the allegations in paragraph 33.

_____
Douglas Kirkland v. Nausicaa Rampony, The Cool Herat LLC et. al
2:20-cv-01374-CBM-MAA

**THE COOL HEART LLC'S ANSWER TO**
**FIRST AMENDED COMPLAINT FOR**
**COPYRIGHT INFRINGEMENT**
Page 4 of 8

32. Paragraph 34 states a legal conclusion for which no response is required.

33. In response to the allegations of paragraph 35, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

## COUNT 1

## COPYRIGHT INFRINGEMENT

34. In response to the statements of paragraph 36, Cool Heart incorporates its admissions and denials as set forth above.

35. Paragraph 37 states a legal conclusion for which no response is required.

36. In response to the allegations of paragraph 38, Cool Heart is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

37. Paragraph 39 states a legal conclusion for which no response is required. To the extent portions of Paragraph 39 are not legal conclusions, Cool Heart lacks information or belief sufficient to admit or deny the allegations of Paragraph 39, and on that basis denies the allegations therein.

38. In response to the allegations of paragraph 40, Cool Heart admits that it is doing business in the State and District, and that it has conducted activities in this State and District. Cool Heart denies that it has intentionally engaged in wrongful acts targeted at this District that have caused harm in this District. Cool Heart cannot respond on behalf of other named Defendants.

39. In response to the allegations of paragraph 41, Cool Heart denies the allegations in paragraph 41.

40. In response to the allegations of paragraph 42, Cool Heart denies the allegations in paragraph 42.

___

Douglas Kirkland v. Nausicaa Rampony, The Cool Herat LLC et. al
2:20-cv-01374-CBM-MAA

**THE COOL HEART LLC'S ANSWER TO
FIRST AMENDED COMPLAINT FOR
COPYRIGHT INFRINGEMENT**
Page 5 of 8

41. In response to the allegations of paragraph 43, Cool Heart denies the allegations in paragraph 43.

## PRAYER FOR RELIEF

Cool Heart denies that Plaintiff is entitled to any of the items set forth in his prayer for relief.

## SEPARATE AFFIRMATIVE DEFENSES

As further answer to Plaintiff's complaint, Cool Heart assert the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE
(Failure to State a Cause of Action)

Plaintiff's compliant fails to state facts as to Cool Heart sufficient to constitute a cause of action against it.

## SECOND AFFIRMATIVE DEFENSE
(Insufficient originality)

Plaintiff's work is not sufficiently original to be entitled to protection under the Copyright Act, and even if it is, the scope of protection is so narrow as to preclude any finding of infringement in this case.

## THIRD AFFIRMATIVE DEFENSE
(No Infringement)

Plaintiff's claims are barred by the fact that the subject Work does not have substantial similarities with respect to any purported constituent original and protectable elements of Plaintiff's purported copyrighted works.

## FOURTH AFFIRMATIVE DEFENSE
(No Damages- Innocent Intent)

Plaintiff has not sustained any injury or damage as a result of any act or conduct of Cool Heart and it at all times acted with innocent intent in that Cool Heart acted in good faith, innocent of any knowledge or intent to infringe Plaintiff's purported rights or to cause damage to Plaintiff.

---

**FIFTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate)

Plaintiff's claims for damages are barred by his failure to mitigate.

**RESERVED AFFIRMATIVE DEFENSES**

The complaint does not describe the alleged actions of Cool Heart with sufficient particularity to permit her to ascertain what other defenses may exist. Cool Heart is mentioned as part of "Defendants," but no particularized allegations are made against her. Cool Heart has no knowledge of prior lawsuit continuously referenced against other Defendants in Plaintiff's complaint. Cool Heart therefore reserve the right to assert all defenses that may pertain to the complaint as the facts of the case are discovered.

**PRAYER FOR RELIEF:**

Cool Heart request entry of Judgment in its favor and prays that the Court:

1. Dismiss Plaintiff's compliant with prejudice;
2. Award Cool Heart its costs;
3. Award Cool Heart its reasonable attorney fees and expenses, as permitted by law, and;
4. Grant Cool Heart any further relief as the Court may deem just and proper.

**KERMISCH AND PALETZ LLP**

Dated: December 15, 2020       BY: _/s/ Patsy Barron Martinez_____
              MARY LU, ESQ.
              PATSY BARRON MARTINEZ, ESQ.
              Attorneys for Defendant
              THE COOL HEART, LLC

_____
Douglas Kirkland v. Nausicaa Rampony, The Cool Herat LLC et. al
2:20-cv-01374-CBM-MAA

**DEMAND FOR JURY TRIAL:**

Cool Heart hereby request a jury trial on all issues triable to a jury.

                                                **KERMISCH AND PALETZ LLP**

Dated: December 15, 2020        BY: *Patsy Barron Martinez*
                                                MARY LU, ESQ.
                                                PATSY BARRON MARTINEZ, ESQ.
                                                Attorneys for Defendant
                                                THE COOL HEART, LLC

_____
Douglas Kirkland v. Nausicaa Rampony, The Cool Herat LLC et. al
2:20-cv-01374-CBM-MAA

# PROOF OF SERVICE

I, Adriana Dinkelman, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12711 Ventura Blvd. Suite 200, Studio City, CA 91604. I am over the age of eighteen years and not a party to the action in which this service is made.

On December 15, 2020, I served the document(s) described as **ANSWER TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT (THE COOL HEART, LLC)** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

| Attorney for Plaintiff, DOUGLAS KIRKLAND | Defendant, In Pro Per |
|---|---|
| Jonah Adam Grossbardt, Esq. | Kfir Moyal |
| SRIPLAW PA | 729 NW 47th Street |
| 1801 Century Park East, Suite 1100 | Miami, FL 33127 |
| Los Angeles, CA 90067 | |

☒ BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Studio City, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. – KFIR MOYAL – Served by U.S. Mail Only

☒ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document(s) by electronic mail transmission with attachment to the party(ies) at the following electronic mail transmission address(es): Jonah.grossbardt@sriplaw.com  - SERVED VIA E-MAIL ONLY

☐ BY FACSIMILE: I telecopied a courtesy copy of said document(s) to the following addressee(s) at the following number(s): SRIPLAW PA – 561-404-4353

☐ UPS NEXT DAY AIR  ☐ OVERNIGHT DELIVERY - USPS: I deposited such envelope in a facility regularly maintained by ☐ UPS  ☐ Overnight Delivery - USPS with delivery fees fully provided for

☐ BY PERSONAL SERVICE: On this date, I caused the above-mentioned document(s) to be served by personal messenger on the party(ies) at the address(es) set forth on the attached service list.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on Tuesday, December 15, 2020, at Los Angeles, California.

Adriana Dinkelman