UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFONIA
WESTERN DIVISION



DOUGLAS KIRKLAND

    Plaintiff,

vs.

NAUSICAA RAMPONY, et al.,

    Defendant(s).
_____/

CASE NO: 2:20-cv-01374-CBM-MAA
HON. CONSUELO B. MARSHALL PRESIDING

SUGGESTION OF BANKRUPTCY

## SUGGESTION OF BANKRUPTCY

**PLEASE BE ADVISED** that Defendant, KFIR MOYAL, has filed a Voluntary Petition seeking relief under Chapter 13 of the United States Bankruptcy Code on November 22, 2020, in the Southern District of Florida, Case No.: 20-22770-LMI. An Order granting relief was entered on said date. This is filed for information purposes only and is not a Notice of Appearance by the undersigned attorney.

**PLEASE TAKE FURTHER NOTICE** that as a result of the filing of the Petition, certain acts and proceedings are stayed as provided in 11 U.S.C. Section 362 (a).

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished by regular U.S. Mail on December 14, 2020 to the United States District Court, Central District of California, 350 West 2st Street, Los Angeles, CA 90012.

                                        **HOFFMAN, LARIN & AGNETTI, PA**

                                        909 North Miami Beach Blvd.
                                        Suite 201
                                        North Miami Beach, FL 33162
                                        (305)653-5555 - Dade
                                        (954)764-2388 - Broward
                                        (305)940-0090 - Telefax

                                        By: s/ Michael S. Hoffman
                                          MICHAEL S. HOFFMAN, Esquire
                                          Florida Bar No.: 41164

# 1:20-bk-22770 | Kfir Moyal

United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 11/22/2020 at 7:28 PM and filed on 11/22/2020.

**Kfir Moyal**
729 NW 47 St
Miami, FL 33137
SSN / ITIN: xxx-xx-7925



The case was filed by the debtor's attorney:

**Michael S Hoffman**
909 North Miami Beach Blvd #201
Miami, FL 33162
(305) 653-5555

The bankruptcy trustee is:

**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027
954-443-4402

The case was assigned case number 20-22770-LMI to Judge Laurel M Isicoff.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

Last updated: n/a



# HOFFMAN, LARIN & AGNETTI, P.A.
## ATTORNEYS AT LAW

JOHN B. AGNETTI

MARTIN L. HOFFMAN
ALSO MEMBER NEW YORK BAR

DAVID L. PERKINS
ALSO MEMBER NEW YORK BAR

MICHAEL S. HOFFMAN

OF COUNSEL

HAROLD M. HOFFMAN
MEMBER NEW YORK AND
NEW JERSEY BAR ONLY

(305) 653-5555
(800) 803-5555
FAX (305) 940-0090

INFO@HLALAW.COM
WWW.HLALAW.COM

909 N. MIAMI BEACH BLVD.
SUITE 201
MIAMI, FL 33162-3712

6750 NORTH ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL 33309

82681 OVERSEAS HIGHWAY
ISLAMORADA, FL 33036

422 FLEMING STREET
KEY WEST, FL 33040

**Sent via U.S. Mail**

December 14, 2020

Honorable Consuelo B. Marshall
Attn: Yolanda Skipper
United States District Court
Central District of California
350 West 2st Street
Los Angeles, CA 90012.

Re: 2:20-cv-01374-CBM-MAA, Douglas Kirkland v. Kfir Moyal

Dear Ms. Skipper:

  Enclosed please find the Suggestion of Bankruptcy for filing in the above referenced matter. We represent the Defendant, Kfir Moyal, in his chapter 13 bankruptcy case in the Southern District of Florida.

  If you have any questions, do not hesitate to contact me.

Sincerely,

Kristen Alessandra Szolis,
Legal Assistant to Michael S. Hoffman, Esq.

Encl.

CC: Douglas Kirkland c/o SRIPLAW
1801 Century Park East, Ste. 1100, Los Angeles, CA 90067.

**HOFFMAN, LARIN & AGNETTI, P.A.**
ATTORNEYS AT LAW
909 N. MIAMI BEACH BLVD.
SUITE 201
MIAMI, FLORIDA 33162-3712

United States District Court
Central District of California
Attn: Yolanda Skipper for Judge Marshall
350 West 2st Street
Los Angeles, CA 90012.



RECEIVED
CLERK U.S. DISTRICT COURT
DEC 23 2020
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

U.S. POSTAGE $000.50⁰
PITNEY BOWES
02 1P
0000932392
MAILED FROM ZIP CODE 33162
DEC 14 2020