# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KIRKLAND, | Case No.:  2:20-cv-1374-CBM-MAA(x) |
| Plaintiff, | **AMENDED DEFAULT JUDGMENT BY COURT AS TO DEFENDANTS KFIR MOYAL, KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC.** |
| v. | |
| NAUSICAA RAMPONY *et al*. | |
| Defendants. | |

Consistent with the Court's Orders re: Plaintiff's Application for Default Judgment By Court (Dkt. Nos. 57, 76), default judgment is entered in favor of Plaintiff and against Defendants Kfir Moyal, Kfir Moyal Art Gallery Inc., and Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc., jointly and severally, in the amount of $150,000 in statutory damages, $6,600 in attorneys' fees, and $1,191.08 in costs.

Dated:  March 10, 2021.

_____
Honorable Consuelo B. Marshall
United States District Judge

cc: FISCAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28