1  MARY LU (State Bar No. 272034)
2  PATSY BARRON MARTINEZ (State Bar No. 311655)
   **KERMISCH & PALETZ LLP**
3  12711 Ventura Blvd., Suite 200
   Studio City, CA 91604
4  Telephone: (818) 478-1043
   Facsimile: (818) 478-1047
5
   Attorneys for Defendant:
6  **NAUSICAA RAMPONY**

7                  UNITED STATES DISTRICT COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9  DOUGLAS KIRKLAND,                    | Case No.: 2:20-cv-01374-CBM-MAA
10        Plaintiff,                    | JUDGE CONSUELO B. MARSHALL
11 v.                                   | **NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**
12 NAUSICAA RAMPONY & THE COOL HEART LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL
                                        | Date: May 4, 2021
                                        | Time: 10:00 a.m.
                                        | Courtroom: 8B
        Defendant.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on May 4, 2021 at 10:00 a.m. or as soon thereafter as the matter may be heard, before the Honorable Consuelo B. Marshall, United States District Court Judge, Courtroom 8B, 8th Floor, First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Mary Lu and Patsy Barron Martinez of Kermisch & Paletz, LLP ("Kermisch & Paletz") shall and hereby seek leave of this court to withdraw as counsel for Defendants NAUSICAA RAMPONY, and THE COOL HEART, LLC (collectively "Defendants").

The motion is made on the grounds that because of the breakdown in the relationship between Defendants and Kermisch & Paletz, it has become unreasonably difficult for Kermisch &

_____
Douglas Kirkland v. Nausicaa Rampony et. al
2:20-cv-01374-CBM-MAA

1 Paletz to carry out an effective representation of Defendants, and for that reason, good cause exists
2 for Kermisch & Paletz to be granted leave to withdraw as the attorney for Defendants. This motion is
3 based on this Notice of Motion, the Memorandum of Points and Authorities, and the Declaration of
4 Mary Lu served and filed herewith, and on such other oral and documentary evidence that is
5 presented at the hearing at the motion.

                                          **KERMISCH AND PALETZ LLP**

Dated: March 24, 2021                      BY: _/s/ Mary Lu_____
                                                                MARY LU, ESQ.
                                                                PATSY BARRON MARTINEZ, ESQ.
                                                                 Attorneys for Defendants

---

Douglas Kirkland v. Nausicaa Rampony et. al
2:20-cv-01374-CBM-MAA

**NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**
Page 2 of 2