1  MARY LU (State Bar No. 272034)
   PATSY BARRON MARTINEZ (State Bar No. 311655)
2  **KERMISCH & PALETZ LLP**
   12711 Ventura Blvd., Suite 200
3  Studio City, CA 91604
   Telephone: (818) 478-1043
4  Facsimile: (818) 478-1047

5  Attorneys for Defendant:
   **NAUSICAA RAMPONY**

6

7              **UNITED STATES DISTRICT COURT**

8             **CENTRAL DISTRICT OF CALIFORNIA**

9  DOUGLAS KIRKLAND,                    Case No.:  2:20-cv-01374-CBM-MAA

10        Plaintiff,                    JUDGE CONSUELO B. MARSHALL

11 v.                                   **DECLARATION OF MARY LU IN
                                        SUPPORT OF MOTION FOR LEAVE OF
12 NAUSICAA RAMPONY & THE COOL          COURT TO WITHDRAW AS COUNSEL
   HEART LLC, KFIR MOYAL ART LLC FDBA   OF RECORD FOR DEFENDANTS
13 KFIR MOYAL ART GALLERY INC., KFIR    NAUSICAA RAMPONY AND THE COOL
   MOYAL ART GALLERY INC., AND KFIR     HEART LLC**
14 MOYAL
                                        Date: May 4, 2021
15        Defendant.                    Time: 10:00 a.m.
                                        Courtroom: 8B
16

17

18

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27

28 ────────────────────────────────
   Douglas Kirkland v. Nausicaa Rampony et. al
   2:20-cv-01374-CBM-MAA

**DECLARATION OF MARY LU IN SUPPORT OF MOTION FOR LEAVE OF COURT TO WITHDRAW AS
COUNSEL OF RECORD FOR DEFENDANTS**
Page 1 of 3

I, Mary Lu, declare as follows:

1.      I am an attorney at the firm of Kermisch & Paletz, LLP ("Kermisch & Paletz"), which represents the Defendants in this action.

2.      I make this Declaration in support of Kermisch & Paletz's motion for leave to withdraw as counsel for Defendants based on my own personal knowledge or, where specified, on information and belief based on documents and statements that I believe to be true and accurate, and if sworn as a witness I could and would competently testify thereto if called upon to do so.

3.      I am aware that in California, an attorney is required to "maintain inviolate the confidence, and at every peril to himself or herself to preserve the secrets, of his or her client." Bus. & Prof. Code §6068(e)(1). Thus, the facts I disclose in this declaration are done so with that awareness. To the extent that the Court desires further details as to the reasons Kermisch & Paletz seeks leave to withdraw as Defendants' attorneys, additional information regarding the breakdown of the relationship between Kermisch & Paletz and Defendants, and the reason that it is unreasonably difficult for Kermisch & Paletz to continue to represent Defendants, I offer to provide further explanation to the Court *in camera*.

4.      Communications between Defendants on the one hand and Kermisch & Paletz on the other, have broken down. Further, I am separating from the firm of Kermisch & Paletz LLP and will no longer be able to represent Defendants. As a result of this change, there is no other available counsel at Kermisch & Paletz that can continue to represent Defendants.

5.      I provided verbal and written notice to Defendants of Kermisch & Paletz's intention to withdraw its representation and advised Defendants to seek new counsel to represent them.

6.      Kermisch & Paletz would be materially harmed if forced to remain in the case and thus forced to continue to remain in an unreasonably difficult situation.

7.      Accordingly, on behalf of Kermisch & Paletz, I respectfully request leave of this Court to withdraw as counsel for Nausicaa Rampony and The Cool Heart LLC in this action.

---

Douglas Kirkland v. Nausicaa Rampony et. al
2:20-cv-01374-CBM-MAA

**DECLARATION OF MARY LU IN SUPPORT OF MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**
Page 2 of 3

KERMISCH
& PALETZ, LLP

DocuSign Envelope ID: E955ADC7-BEC6-4BB1-AB91-F69B26E60793

I declare under penalty of perjury under the laws of the State of California, as well as under the laws of the United States of America, that the foregoing is true and correct.

Dated: March 25, 2021                    BY: _____

                                                      Mary Lu

                                                      91AA737DA017419

                                                      MARY LU, ESQ.
                                                      PATSY BARRON MARTINEZ, ESQ.
                                                      Attorneys for Defendants

KERMISCH
& PALETZ, LLP

Douglas Kirkland v. Nausicaa Rampony et. al
2:20-cv-01374-CBM-MAA

**DECLARATION OF MARY LU IN SUPPORT OF MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**
Page 3 of 3