Name, Address and Telephone Number of Attorney(s):

Jonah A. Grossbardt (State Bar No. 283584)
SRIPLAW
8730 Wilshire Boulevard, Suite 350
Beverly Hills, CA 90211
323.364.6565 - Telephone　jonah.grossbardt@sriplaw.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KIRKLAND<br><br>v.<br><br>NAUSICAA RAMPONY, THE COOL HEART, LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC<br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-01374-CBM-MAA<br><br>REQUEST:<br>ADR PROCEDURE SELECTION |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☑ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☑ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: April 22, 2021　/s/ Jonah A. Grossbardt

　　　　　　　　　　　　Attorney for Plaintiff　Douglas Kirkland

Dated:　

　　　　　　　　　　　　Attorney for Plaintiff

Dated: April 23, 2021　/s/ Patsy Barron Martinez

　　　　　　　　　　　　Attorney for Defendant　Nausicaa Rampoy

Dated: April 23, 2021　/s/ Patsy Barron Martinez

　　　　　　　　　　　　Attorney for Defendant　The Cool Heart, LLC

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)　　REQUEST: ADR PROCEDURE SELECTION　　Page 1 of 1