DocuSign Envelope ID: ABA29E57-1683-4867-A4A4-4D9BC2B4A034

LAUREN LOOKOFSKY (State Bar No. 272033)
PATSY BARRON MARTINEZ (State Bar No. 311655)
**KERMISCH & PALETZ LLP**
12711 Ventura Blvd., Suite 200
Studio City, CA 91604
Telephone: (818) 478-1043
Facsimile: (818) 478-1047

Attorneys for Defendants:
**NAUSICAA RAMPONY & THE COOL HEART, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KIRKLAND, <br><br>    Plaintiff, <br><br> v. <br><br> NAUSICAA RAMPONY & THE COOL HEART LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL <br><br>    Defendants. | Case No.:  2:20-cv-01374-CBM-MAA <br><br> JUDGE CONSUELO B. MARSHALL <br><br> **INITIAL DISCLOSURES** |

## LIST OF WITNESSES

Defendants NAUSICAA RAMPONY and THE COOL HEART, LLC, (hereinafter referred to as "Defendants"), intend to call the following witnesses at Trial in this action. Defendants' investigation into all claims, counterclaims, and defenses are not complete and remain ongoing. Defendants reserve the right to supplement and amend this Witness List after they retain new counsel and in the course of discovery.

| Name of Witness | Address and Phone Number | Description of what the Witness knows |
|---|---|---|
| Kfir Moyal | 729 NW 47th Street, Miami, FL 33127 (404) 966-1036 | Kfir will testify regarding his intellectual property. |

---

Douglas Kirkland v. Nausicaa Rampony et. al
2:20-cv-01374-CBM-MAA

**INITIAL DISCLOSURES – NAUSICAA RAMPONY & THE COOL HEART, LLC**
**Page 1 of 4**

| Nausicaa Rampony | 9663 Santa Monica Blvd. Beverly Hills, CA 90210 (310) 866-6974 | Nausicaa will testify as to her fair use and innocent intent as she believed that the artwork at issue was Kfir's intellectual property. |
|---|---|---|
| Douglas Kirkland | Unknown | Douglas will testify as to the creation of his Work at issue. |
| Hichman Hajj | Hicham Hajji 520 N. Kings Road West Hollywood, CA 90048 (310) 414-7632 | Hicham will testify that Nausicaa took down Kfir's Artwork from her gallery on February 14, 2020, immediately after receipt of Kirkland Douglas' Complaint. |
| James Fellouz | Jamez Fellouz 434 South Canon Dr. Beverly Hills, CA 90212 (310) 866-3024 | James will testify as to Kfir's reputation and prestige within the Art industry. |
| Copyright Expert (Person to be determined) | To be determined | Copyright Expert will testify regarding whether Douglas Kirkland owns a valid copyright; whether the Work at issue is Kfir's intellectual property; whether Nausicaa's use of the Work at issue constitutes fair use |

In addition to the persons identified above, Defendants may rely on the persons and/or entities disclosed by Plaintiff, as well as any other person or entities who are deposed or provide documents in this case.

//
//
//
//
//
//
//
___
Douglas Kirkland v. Nausicaa Rampony et. al
2:20-cv-01374-CBM-MAA

**INITIAL DISCLOSURES – NAUSICAA RAMPONY & THE COOL HEART, LLC**
**Page 2 of 4**

# LIST OF DOCUMENTS AND THINGS

Defendants intend to offer as evidence for Trial in this action the documents, things, items, and electronically stored information listed below. Defendants' investigation into all claims, counterclaims, and defenses are not complete and remain ongoing. Defendants reserve the right to supplement and amend this List of Documents and Things after they retain new counsel and in the course of discovery.

| Category of Documents, Electronically Stored Information, Item, or Tangible Thing | Location of Documents, Electronically Stored Information, Item, or Tangible Thing |
|---|---|
| Douglas Kirkland's photograph titled "Brigette Bardot Douglas Kirkland 1965" | Douglas Kirkland |
| VA 2-177-776 Copyright Certificate of Registration | Douglas Kirkland |
| Kfir Moyal's Artwork at Issue in this Case | Nausicaa Rampony |
| Correspondence between Kfir and/or his agent regarding the Artwork at issue in this case | Nausicaa Rampony |
| Consignment Agreement between Kfir and The Cool Heart, LLC Art Gallery regarding the Artwork at issue in this case | Nausicaa Rampony |
| Kfir Moyal's Artwork Release | Nausicaa Rampony |
| Eden Galley YouTube videos displaying Kfir Moyal Artwork. | https://m.youtube.com/watch?v=lu-TDsCM6hs https://m.youtube.com/watch?v=huoOBYMJG0w |
| ARTSY Website displaying Kfir's Artwork | https://www.artsy.net/artist/kfir-moyal |
| 1ST DIB Website displaying Kfir's Artwork | https://www.1stdibs.com/art/mixed-media/kfir-moyal-kfir-moyal-brigitte-bardot/id-a_1875743/ |

//

//

_____

Douglas Kirkland v. Nausicaa Rampony et. al
2:20-cv-01374-CBM-MAA

**INITIAL DISCLOSURES – NAUSICAA RAMPONY & THE COOL HEART, LLC**
Page 3 of 4



KERMISCH & PALETZ, LLP

## LIABILITY INSURANCE

Defendants do not have or have ever had liability insurance.

Dated: 4/23/2021        BY: _____

                                              Nausicaa Rampony & The Cool Heart, LLC
                                              DEFENDANTS

_____
Douglas Kirkland v. Nausicaa Rampony et. al
2:20-cv-01374-CBM-MAA

**INITIAL DISCLOSURES – NAUSICAA RAMPONY & THE COOL HEART, LLC**
**Page 4 of 4**

# PROOF OF SERVICE

I, Adriana Dinkelman, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12711 Ventura Blvd. Suite 200, Studio City, CA 91604. I am over the age of eighteen years and not a party to the action in which this service is made.

On April 23, 2021, I served the document(s) described as **INITIAL DISCLOSURES** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

| Attorney for Plaintiff, DOUGLAS KIRKLAND | Defendant, In Pro Per |
|---|---|
| Jonah Adam Grossbardt, Esq. | Kfir Moyal |
| SRIPLAW PA | 729 NW 47th Street |
| 1801 Century Park East, Suite 1100 | Miami, FL 33127 |
| Los Angeles, CA 90067 | |

☒ BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Studio City, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. – KFIR MOYAL – Served by U.S. Mail Only

☒ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document(s) by electronic mail transmission with attachment to the party(ies) at the following electronic mail transmission address(es): Jonah.grossbardt@sriplaw.com  - SERVED VIA E-MAIL ONLY

☐ BY FACSIMILE: I telecopied a courtesy copy of said document(s) to the following addressee(s) at the following number(s): SRIPLAW PA – 561-404-4353

☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY - USPS: I deposited such envelope in a facility regularly maintained by ☐ UPS   ☐ Overnight Delivery - USPS with delivery fees fully provided for

☐ BY PERSONAL SERVICE: On this date, I caused the above-mentioned document(s) to be served by personal messenger on the party(ies) at the address(es) set forth on the attached service list.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on Friday, April 23, 2021, at Los Angeles, California.



Adriana Dinkelman