UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   *AMENDED*

| Case No. | CV 20-1374-CBM(MAAx) | Date | APRIL 5, 2021 |
|---|---|---|---|
| Title | Douglas Kirkland v. Nausicaa Rampony et al | | |

| Present: The Honorable | CONSUELO  B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
|---|---|
| N/A | N/A |

**Proceedings:**          In Chambers-Off the Record

The Scheduling Conference, currently set for April 6, 2021, is hereby taken off calendar.  The Court will set the following dates:

Initial disclosures shall be completed by April 23, 2021.
ADR-1 Form shall be filed on or before April 23, 2021.
Motions to amend no later than May 25, 2021.
*Fact discovery s*hall be completed on or before October 1, 2021.

Initial Expert disclosure due no later than October 15, 2021.
Rebuttal expert disclosure completion due no later than November 15, 2021.
Expert discovery shall be completed on or before November 30, 2021

Settlement conference shall be held on or before December 15, 2021.

Motions shall be set for oral argument on or before January 25, 2022 at 10:00 a.m.

Pre Trial Conference is set on *March 29, 2022* at 2:30 p.m.

Jury Trial is set on April 26, 2022 at 10:00 a.m.(est. 4-5 days).

                                                                                          :

                                          Initials of Preparer          YS