UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 20-1374-CBM-(MAAx) | Date | April 26, 2021 |
|---|---|---|---|

| Title | *Kirkland v. Nausicaa Rampony, et al.* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

The matter before the Court is the Motion for Leave of Court to Withdraw as Counsel of Record For Defendants Nausicaa Rampony & The Cool Heart LLC filed by Mary Lu ("Lu") and Patsy Barron Martinez ("Martinez") of Kermisch & Paletz LLP (the "Motion"), noticed for hearing on May 4, 2021 at 10:00 a.m. (Dkt. No. 80.)

Lu, Martinez, and a representative for Defendant Nausicaa Rampony and the Cool Heart shall each appear at the May 4, 2021 hearing on the Motion.

Lu and Martinez shall provide Defendants Nausicaa Rampony and The Cool Heart LLC (collectively, "Defendants") of with a copy this Order, and provide notice to Defendants that a representative for each defendant shall appear at the May 4, 2021 hearing and that L.R. 83-2.2.2 provides "[o]nly individuals may represent themselves *pro se*," and "[n]o organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."

**IT IS SO ORDERED.**

00   :