LAUREN LOOKOFSKY (State Bar No. 272033)
PATSY BARRON MARTINEZ (State Bar No. 311655)
**KERMISCH & PALETZ LLP**
12711 Ventura Blvd., Suite 200
Studio City, CA 91604
Telephone: (818) 478-1043
Facsimile: (818) 478-1047

Attorneys for Defendants:
**NAUSICAA RAMPONY & THE COOL HEART, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KIRKLAND,<br><br>        Plaintiff,<br><br>v.<br><br>NAUSICAA RAMPONY & THE COOL HEART LLC,<br><br>        Defendant. | Case No.:  2:20-cv-01374-CBM-MAA<br><br>JUDGE CONSUELO B. MARSHALL<br><br>**STIPULATION AND ORDER RE: NAUSICAA & THE COOL HEART, LLC EXTENSION TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS** |

IT IS HEREBY STIPULATED by and between Plaintiff, DOUGLAS KIRKLAND ("Plaintiff"), through his counsel of record Jonah A. Grossbardt of SRIPLAW, and Defendants Nausicaa Rampony and The Cool Heart, LLC, ("Defendants"), through their counsel of record KERMISH & PALETZ, LLP, as follows:

1.  Defendant's responses to a) Plaintiff's First Set of Interrogatories Directed to Defendant's The Cool Heart, LLC and Nausicaa Rampony; b)  Plaintiff's First Request for Production of Documents Directed to Defendant's The Cool Heart, LLC and Nausicaa Rampony; c) Plaintiff's First Request for Admissions Directed to Defendant's Nausicaa Rampony and The Cool Heart, LLC (collectively "Plaintiff's First Set of Discovery Requests"), shall be extended to July 13, 2021.

_____

Douglas Kirkland v. Nausicaa Rampony et. al
2:20-cv-01374-CBM-MAA

2. This Stipulation may be signed by facsimile, and facsimile signatures, hereon shall have the same force and effect as an original signature. Further, this Stipulation may be signed in counterparts, each of which shall continue an original but the sum of which together shall constitute one and the same Stipulation.

**IT IS SO STIPULATED, AGREED AND APPROVED BY:**

**SRIPLAW PA**

Dated: May 19, 2021                          BY:_____

JONAH ADAM GROSSBARDT
Attorney for Plaintiff
DOUGLAS KIRLAND

**KERMISCH AND PALETZ LLP**

DocuSigned by:
*Patsy Barron Martinez*
5B3513D83324497...

Dated: 5/20/2021                             BY:_____

PATSY BARRON MARTINEZ, ESQ.
Attorneys for Defendants
Nausicaa Rampony & The Cool Heart, LLC

**ORDER**

GOOD CAUSE APPEARING, Defendant's Nausicaa Rampony & The Cool Heart, LLC responses to Plaintiff's First Set of Discovery Requests, shall be extended to July 13, 2021.

Dated: _____

_____
CONSUELO B. MARSHALL
United States District Court Judge

_____
Douglas Kirkland v. Nausicaa Rampony et. al
2:20-cv-01374-CBM-MAA

**STIPULATION AND ORDER RE: NAUSICAA & THE COOL HEART, LLC
EXTENSION TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**
Page 2 of 2