DocuSign Envelope ID: 885A4854-F50A-4FDE-A016-2B8F7D8D60E7

LAUREN LOOKOFSKY (State Bar No. 272033)
PATSY BARRON MARTINEZ (State Bar No. 311655)
**KERMISCH & PALETZ LLP**
12711 Ventura Blvd., Suite 200
Studio City, CA 91604
Telephone: (818) 478-1043
Facsimile: (818) 478-1047

Attorneys for Defendants:
**NAUSICAA RAMPONY & THE COOL HEART, LLC**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KIRKLAND, | Case No.: |
| Plaintiff, | 2:20-cv-01374-CBM-MAAx |
| v. | JUDGE CONSUELO B. MARSHALL |
| NAUSICAA RAMPONY & THE COOL HEART LLC, | ORDER GRANTING STIPULATION RE: NAUSICAA & THE COOL HEART, LLC EXTENSION TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS [101] |
| Defendant. | |

Before the Court is the Stipulation between Plaintiff, DOUGLAS KIRKLAND ("Plaintiff"), through his counsel of record Jonah A. Grossbardt of SRIPLAW, and Defendants Nausicaa Rampony and The Cool Heart, LLC, ("Defendants"), through their counsel of record KERMISH & PALETZ, LLP.

GOOD CAUSE APPEARING, The Stipulation is hereby granted. Defendant's Nausicaa Rampony & The Cool Heart, LLCresponses to Plaintiff's First Set of Discovery Requests, shall be extended to July 13, 2021.

Dated: JUNE 24, 2021

CONSUELO B. MARSHALL
United States District Judge

2:20-cv-01374-CBM-MAA

ORDER RE STIPULATION: NAUSICAA & THE COOL HEART, LLC EXTENSION TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
Page 1 o