Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
DOUGLAS KIRKLAND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KIRKLAND,<br><br>Plaintiff,<br><br>v.<br><br>NAUSICAA RAMPONY, THE COOL HEART, LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL<br><br>Defendants. | Case No.: 2:20-cv-01374-CBM-MAA<br><br>**NOTICE OF MOTION TO CONTINUE DISCOVERY CUTOFF**<br><br>**Date:** October 19, 2021<br>**Time:** 9:30 a.m.<br>**Courtroom:** Courtroom 550, 5th Floor<br>**Judge:** Hon. Consuelo B. Marshall<br><br>**Discovery Cutoff Date:** October 1, 2021<br>**Pretrial-Conference Date:** March 29, 2022<br>**Trial Date:** April 26, 2022 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on October 19, 2021 at 9:30 A.M., or as soon thereafter as this matter may be heard, before the Honorable Consuelo B. Marshall, in Courtroom 550, Fifth Floor, of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiff DOUGLAS KIRKLAND will and hereby does call up for hearing his Motion to Continue Discovery Cutoff. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 9, 2021.

DATED: September 21, 2021        Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
Attorneys for Plaintiff Douglas Kirkland