Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350 Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
DOUGLAS KIRKLAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| DOUGLAS KIRKLAND, | **Case Number:** 2:20-cv-01374-CBM-MAA |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF JONAH A. GROSSBARDT** |
| NAUSICAA RAMPONY, THE COOL HEART, LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL, | |
| Defendants. | |

I, Jonah A. Grossbardt , declare and say:

1

1.      I am duly licensed to practice before this Court, and I am counsel for Plaintiff DOUGLAS KIRKLAND ("Kirkland") in the above-captioned matter.  I provide this Declaration in support of Kirkland's Motion to Continue Discovery Cutoff.

2.      On February 11, 2020, Kirkland filed his Complaint against the Defendants NAUSICAA RAMPONY ("Rampony"), THE COOL HEART, LLC ("TCH"), KFIR MOYAL ART LLC fdba KFIR MOYAL ART GALLERY INC. ("KMALLC"), KFIR MOYAL ART GALLERY INC. ("KMAGI") and KFIR MOYAL ("Moyal"). Defendants Rampony and TCH will be collectively referred to herein as "the TCH Defendants". Defendants KMALLC, KMAGI and Moyal are collectively referred to herein as "the Moyal Defendants". [DE 1].

3.      Kirkland filed an Amended Complaint on February 26, 2021 at Docket Entry 21.

4.      Kirkland obtained a clerk's default as to Rampony on May 18, 2020.  [DE 32]. On August 25, 2020, Kirkland filed his Application for Default Judgment [DE 41], and on September 22, 2020, this Court held a telephonic hearing and continued Kirkland's application for default hearing until November 10, 2020 [DE 43].

5.      October 21, 2020, the TCH Defendants retained counsel to appear in this matter, and the TCH Defendants' counsel contacted me to determine if Kirkland would agree to set aside the default against the TCH Defendants. Kirkland agreed and on November 19, 2020, the parties stipulated, and the clerk's default was set aside. [DE 47, 51].

6.      Kirkland has been attempting to conduct discovery and has been delayed by the TCH Defendants because they asked for a stay to respond to discovery and also asked for time to obtain new counsel. The Court granted both of these requests. [DE 91, 92 and 101].

7.      Kirkland has been diligently pursuing this action and has obtained a default judgment against the Moyal Defendants on December 17, 2020 for $150,000 in statutory damages [DE 78].

8.      On May 3, 2021, Kirkland served his first discovery requests via email on the TCH Defendants, and the TCH Defendants' counsel accepted electronic service. True and correct copies of Kirkland's first discovery requests are attached hereto as **Exhibit 1**.

9.      Counsel for the TCH Defendants requested an extension of time to respond to Kirkland's first discovery requests, and I allowed the TCH Defendants an additional thirty-five (35) days for the TCH Defendants to respond. A true and correct copy of the email chain is attached hereto as **Exhibit 2**.

10.     During the last week of July 2021, I went to my old office to pick up mail that I was told was there. In that mail, I discovered that the TCH Defendants served their discovery responses via mail to my prior address, and that the TCH Defendants had served their responses to Kirkland's first discovery requests to the wrong address. True and correct copies of the TCH Defendants' responses to Kirkland's first discovery requests are attached hereto as **Exhibit 3**.

11.     I was out of the office from August 5 to August 16 and had various other matters to attend to upon returning to the office.

12.     On September 1, 2021, Volodymur Usov appeared at my office to serve the TCH Defendants' first discovery requests. True and correct copies of the TCH Defendants' first discovery requests are attached hereto as **Exhibit 4**.

13.     On September 2, 2021, I emailed the TCH Defendants' counsel to request a thirty (30) day extension to respond to the TCH Defendants' first discovery requests and requested a sixty (60) day continuance for

completion of discovery. A true and correct copy of my email to the TCH Defendants' counsel is attached hereto as **Exhibit 5**.

14.     I have attempted to resolve this discovery dispute through the L.R. 7-1 process, but the parties have not been able to agree.  A true and correct copy of my letter to the TCH Defendants' counsel is attached hereto as **Exhibit 6**.

15.     Kirkland has been thwarted from obtaining discovery in this matter because of the procedural posture of this case and the TCH Defendants' counsel's failure to send the discovery requests to my correct office address.

16.     Discovery commenced in this action on May 3, 2021 with Kirkland's service of his first discovery requests and responses to Kirkland's first discovery were over served sixty (60) days later because I extended professional courtesy to the TCH Defendants so that they could obtain new counsel and allow new counsel to familiarize itself with the case.

17.     Kirkland is seeking the amendment of the scheduling. I have made numerous attempts to meet and confer with the TCH Defendants' counsel to amend the scheduling order in this matter and have been unsuccessful in coming to an agreement with the TCH Defendants' counsel. True and correct copies of my emails to the TCH Defendants' counsel are attached hereto as **Exhibit 7**.

18.     Again, Kirkland has been diligently pursuing discovery in this matter so that responses would be received, and depositions could be conducted prior to the current discovery cutoff date of October 1, 2021.

19.     The delay in this case was caused by the TCH Defendants.  The TCH Defendants have been in-and-out of default, and I allowed the TCH Defendants out of default while an application for default was pending

1  against the TCH Defendants. The TCH Defendants are now on their fourth

2  law firm (two law firms made appearances on the record and two did not).

3       20.    The current issue between the parties is Kirkland's 30(b)(6)

4  deposition notice to TCH, set for September 28, 2021 and the dispute over

5  the TCH Defendants' responses to Kirkland's discovery requests.

6       21.    I have been vigilant in working to come to an agreement

7  between the parties; however, the TCH Defendants' counsel has refused to

8  negotiation in good faith for a continuance. True and correct copies of my

9  emails to the TCH Defendants' counsel are attached hereto as **Exhibit 7**.

10      22.    Kirkland requests a two-week extension to respond to written

11  discovery because Kirkland gave the TCH Defendants' counsel a thirty-five

12  day extension to respond to Kirkland's first discovery previously in this

13  litigation.

14      23.    On September 20, 2021, after being informed by the TCH

15  Defendants' counsel that he had not yet received Kirkland's 30(b)(6) notice

16  of deposition of TCH (the "Notice") by mail, I had a courier hand deliver the

17  Notice to the TCH Defendants' counsel. My office previously emailed the

18  Notice to the TCH Defendants' counsel on September 2, 2021, as well as on

19  September 9, 2021, as a courtesy together with the video conference login

20  information for the deposition, and also mailed the notice via US Mail to the

21  TCH Defendants' counsel. A true and correct copy of the Notice of

22  Deposition is attached hereto as **Exhibit 8**.

23      24.    After having almost three weeks' notice of the 30(b)(6)

24  deposition of TCH, on September 21, 2021, a full day after receipt of the

25  hand-delivery of the Notice, the TCH Defendants' counsel informed me that

26  TCH is not available for deposition on September 28, 2021. A true and

27  correct copy of the TCH Defendants' counsel's email is attached hereto as

28  **Exhibit 9**.

1    I declare under perjury under the laws of the United States of America

2  that the foregoing is true and correct.

3    Executed on September 21, 2021.

4

5                              */s/ Jonah A. Grossbardt*
                               JONAH A. GROSSBARDT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28