# Exhibit

# 1

Jonah A. Grossbardt (State Bar No. 283584)
Matthew L. Rollin (State Bar No. 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorney for Plaintiff
DOUGLAS KIRKLAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KIRKLAND,<br><br>Plaintiff,<br><br>v.<br><br>NAUSICAA RAMPONY, THE COOL HEART, LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL,<br><br>Defendants. | Case No.:  2:20-cv-01374-CBM-MAA<br><br>**PLAINTIFF DOUGLAS KIRKLAND'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS THE COOL HEART, LLC AND NAUSICAA RAMPONY [Set No. 1]** |

PROPOUNDING PARTY: **Plaintiff**, Douglas Kirkland

RESPONDING PARTY: **Defendants**, Nausicaa Rampony and The Cool Heart, LLC

SET NO.: ONE

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

SRIPLAW

Plaintiff DOUGLAS KIRKLAND, by and through his undersigned counsel, and pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby serve the following First Set of Interrogatories to Defendants Nausicaa Rampony and The Cool Heart, LLC. Defendants must answer each interrogatory separately, fully, in writing, and under oath, within thirty (30) days after service. These Interrogatories and your sworn answers to them may be offered as evidence at the trial of this cause. You are further charged with the duty to supplement your Answers if you later obtain information upon the basis of which you (a) know that though correct when made is no longer true, and (b) the circumstances are such that a failure to amend is in substance a knowing concealment.

## **INSTRUCTIONS**

1.      For any requested information about a document that no longer exists or cannot be located, identify the document, state how and when it passed out of existence or when it could no longer be located, and give the reasons for the disappearance.  Also, identify each person having knowledge about the disposition or loss, and identify each document evidencing the existence or nonexistence of each document that cannot be located.

## **DEFINITIONS**

A.      The uniform definitions, rules of construction, and other requirements related to discovery requests set forth in Federal Rule of Civil Procedure 34.

B.      The term "Plaintiff" means the plaintiff Douglas Kirkland and all of its affiliates, employees, representatives and agents.

C.      The term "Defendants" mean defendants Nausicaa Rampony and The Cool Heart. LLC.

D.      The term "Work" shall mean the copyright photograph or photographs at issue in this action described in the Complaint.

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

E.      The term "Website" shall refer to the Website alleged in the Complaint where the Work was allegedly infringed.

F.      The term "Complaint" or refers to Plaintiff's Amended Complaint filed on February 25, 2020 in the United States District Court for the Central District of California, Western Division, Case Number 2:20-cv-01374-CBM-MAA.

G.      The term "document" shall mean, without limitation, the following items: printed, recorded or produced by mechanical or computer generated process, or written or produced by hand, and includes without limitation, handwritings, typewritings, printing, photo stating, photographing and every other means of recording or preserving a verbatim summary or record of any form of communication or representation, including letters, words, pictures, sounds, symbols, or any combination thereof and/or all transcript copies thereof; all records, reports, papers, documents, books, logs, diaries, calendars, letters, notes, memoranda, agreements, communications, brochures, correspondence, telegrams, computer diskettes, copies of computer diskettes, computer print-outs in any form, summaries of records of telephone conversations, summaries of records of meetings or conferences, summaries of reports of investigations, paste-ups, lay-outs, mock-up statements, receipts, invoices, records of account and other writings as that term is defined by the Evidence Code.

H.      The term "Person" means any natural person, public or private corporation, partnership, joint venture, association, group, government, or governmental entity (including any governmental agency or political subdivision of any government), and any other form of business or legal organizational arrangement.

I.      The term "Statement" means any written or graphic statement, signed or otherwise adopted or approved by the person making it, or any stenographic, mechanical, electrical, audio, video, tape, or other recording or transcription of a

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

3

statement, which is a substantially verbatim recital of such statement and contemporaneously recorded.

J.      The term "Identify" shall mean:

i.      With respect to a natural person, the person's full name, present business address, present residential address (last known if the present addresses are unknown), and present telephone number; and

ii.     With respect to a document, its title, date, author(s), and if different, the signer(s), addressee(s), recipient(s), subject matter and substance, its present location, and the identity of its custodian(s).  All documents shall be so identified regardless of whether or not the document is in Plaintiff's possession, custody or control.

K.      The term "Describe" means a detailed statement of all things relating to or affecting the particular subject to be described including, but not limited to, dates, places and the names and addresses of any persons involved.  With reference to documents, communications, and agreements, the term "describe" also includes a detailed statement of the substance of the facts and opinions made reference to or stated in each document, communication, or agreement.

L.      The term "Communication" means any transmission or exchange of information between two or more persons, orally or in writing and includes, without limitation, any conversation or discussion, whether face-to-face or by telephone, telegraph, telex, telecopier, the internet, text messaging, email, or any other media.

M.      The term "all" includes the term "any".

N.      The term "and" and "or" shall both be conjunctive and disjunctive.

# **INTERROGATORIES**

2.      Please provide the name(s), residence and business address and occupation of the person(s) answering these Interrogatories.

**ANSWER:**

3.      Please provide the name, address, telephone number, place of employment and job title of any person who has, claims to have or whom you believe may have knowledge or information pertaining to any fact alleged in the pleadings (as defined in Federal Rule of Civil Procedure 7(a)) filed in this action, or any fact underlying the subject matter of this action.

**ANSWER:**

4.      To the extent not listed in your response to Interrogatory No. 2, please provide the name, address, telephone number, place of employment and job title of any person who has, claims to have or whom you believe may have knowledge or information pertaining to any defense, affirmative defense, and/or counterclaim now or hereafter asserted in this Action.

**ANSWER:**

5.      Please state the specific nature and substance of the knowledge that you believe the person(s) identified in your response to Interrogatory No. 2 may have.

**ANSWER:**

**SRIPLAW**

Cᴀʟɪꜰᴏʀɴɪᴀ ◆ Gᴇᴏʀɢɪᴀ ◆ Fʟᴏʀɪᴅᴀ ◆ Tᴇɴɴᴇꜱꜱᴇᴇ ◆ Nᴇᴡ Yᴏʀᴋ

6.      Please state the specific nature and substance of the knowledge that you believe the person(s) identified in your response to Interrogatory No. 3 may have.

**ANSWER:**

7.      Please identify where you obtained the Work.

**ANSWER:**

8.      Please identify who published the Work.

**ANSWER:**

9.      Please provide the name of each person whom you may use as a fact witness at trial.

**ANSWER:**

10.     Please state in detail the substance of the facts to be provided by each person whom you may use as a fact witness at trial.

**ANSWER:**

11.     Please identify each document that you may use as an exhibit at trial.

**ANSWER:**

DATED:  May 3, 2021                    Respectfully submitted,

                                       */s/ Jonah A. Grossbardt*
                                       JONAH A. GROSSBARDT
                                       **SRIPLAW**
                                       Attorneys for Plaintiff Douglas Kirkland

# <u>CERTIFICATE OF SERVICE</u>

I am employed in the county of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 8730 Wilshire Boulevard, Suite 350, Beverly Hills, California, 90211.

On May 3, 2021, I served the following: PLAINTIFF DOUGLAS KIRKLAND'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS NAUSICAA RAMPONY AND THE COOL HEART, LLC [Set No. 1]

on the interested parties below:

Ms. Patsy Barron Martinez
Kermisch & Paletz LLP
12711 Ventura Blvd
Suite 200
Studio City, CA 91604
patsy@kpsclaw.com
Attorney for Nausicaa Rampony

☐ **BY FIRST CLASS MAIL.** I served the documents by enclosing them in a sealed envelope or package with the postage pre-paid addressed to the persons at the address above and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. The envelope or package was placed in the mail at Los Angeles, California.

☐ **BY FEDERAL EXPRESS MAIL.** I enclosed the documents in an envelope or package provided by Federal Express and addressed to the persons listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized FedEX drop box.

☒ **BY ELECTRONIC MAIL.** The undersigned does hereby certify that a true and correct copy of the foregoing document was served by electronic mail to all parties listed above.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

DATED: May 3, 2021

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Douglas Kirkland

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

Jonah A. Grossbardt (State Bar No. 283584)
Matthew L. Rollin (State Bar No. 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorney for Plaintiff
DOUGLAS KIRKLAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KIRKLAND,<br><br>                        Plaintiff,<br><br>v.<br><br>NAUSICAA RAMPONY, THE COOL HEART, LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL,<br><br>                        Defendants. | Case No.:  2:20-cv-01374-CBM-MAA<br><br>**PLAINTIFF DOUGLAS KIRKLAND'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS NAUSICAA RAMPONY AND THE COOL HEART, LLC [Set No. 1]** |

PROPOUNDING PARTY: **Plaintiff**, Douglas Kirkland

RESPONDING PARTY: **Defendants**, Nausicaa Rampony and the Cool Heart, LLC

SET NO.: ONE

1

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

Plaintiff DOUGLAS KIRKLAND, by and through his undersigned counsel, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests that Defendants Nausicaa Rampony and The Cool Heart, LLC produce the documents requested below for copying and inspection at the offices of SRIPLAW, 8730 Wilshire Boulevard, Suite 350, Beverly Hills, California, 90211, within thirty days of service.

## DEFINITIONS AND INSTRUCTIONS

A.     The definitions, rules of construction and other requirements related to discovery requests set forth in Federal Rule of Civil Procedure 34 are fully incorporated as if fully set forth herein.

B.     "Plaintiff" means the plaintiff  Douglas Kirkland.

C.      The term "Defendants" means Nausicaa Rampony and The Cool Heart, LLC.

D.     The term "Complaint" or refers to the Amended Complaint filed on February 25, 2020 in the United States District Court for the Central District of California, Western Division, Case number 2:20-cv-01374-CBM-MAA.

E.     The term "Website" shall refer to the Website alleged in the Complaint where the Work was allegedly infringed.

F.     The term "Work" means the copyrighted work alleged in the Complaint.

G.     The term "Copyrights" means the copyright registration(s) alleged in the Complaint.

H.     The terms "you" and "your" shall mean Defendants Nausicaa Rampony and The Cool Heart, LLC.

I.     The term "Gallery" means the art gallery operated by The Cool Heart, LLC.

J.     The terms "document" and "electronically stored information" (abbreviated as "ESI") shall have the meanings given in the Federal Rules of Civil Procedure.

2

K.     The use of the singular form of any word includes the plural and vice versa.

L.     The word "document" shall include any writing, recording, electronically stored information or photograph in your actual or constructive possession, custody, care or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or as to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, memoranda, notes, messages, diaries, minutes, books, reports, charts, ledgers, invoices, computer printouts, microfilms, video tapes or tape recordings.

M.     The term "Agent" shall mean: any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

N.     The term "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

O.     The words "pertain," "refer," "concern," or "relate to" mean the following: pertain to, relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

P.     In responding to this request for the production of documents, you are under an obligation to make a diligent search of all files that you reasonably believe may contain responsive documents. You are required to produce all documents in your possession, custody or control, regardless of location.  Documents in your possession, custody or control include documents held by: you, your employees, assistants, agents, representatives, attorneys, and advisors; any business entity of which you were or are a principle, along with its officers, directors, employees, agents, representatives, attorneys, and advisors' and any other person whose actions you may direct with respect to this request for production.

Q.     If you withhold any document covered by this document request based upon a claim of privilege, a list is to be furnished identifying each such document together with information called for in Federal Rule of Civil Procedure 26(b)(5).

R.     If any objection is made to a document request or sub-part thereof, state all of the grounds upon which the objection is based.  If any document request is objected to on the grounds of overbreadth, respond to the request as narrowed to conform with your objections.

S.      These requests are continuing so as to require supplemental responses in accordance with Rule 26(e).

## REQUESTS FOR INSPECTION AND PRODUCTION

1.      All documents pertaining to your acquisition of the Work.

**<u>RESPONSE:</u>**

2.      All documents showing your use of the Work.

**<u>RESPONSE:</u>**

3.      All copies of the Work in the Defendants' possession.

**<u>RESPONSE:</u>**

4.      All of your advertisements where the Work was used.

**<u>RESPONSE:</u>**

5.      All documents pertaining to your use of the Work at the Gallery.

**<u>RESPONSE:</u>**

6.      All documents pertaining to revenue earned from the Gallery.

**<u>RESPONSE:</u>**

4

7.      All documents pertaining to communications regarding Plaintiff or the Work.

**RESPONSE:**

8.      All documents pertaining to requests for you to cease and desist from infringing the Work.

**RESPONSE:**

9.      All documents pertaining to claims of copyright infringement against Defendants.

**RESPONSE:**

10.     All documents you contend support any denials in your Answer.

**RESPONSE:**

11.     All documents you contend support your affirmative defenses.

**RESPONSE:**

5

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

12. All documents and ESI that Defendants identified in their Rule 26 Initial Disclosures served in this case.

**RESPONSE:**

13. All documents you intend to use at trial.

**RESPONSE:**

14. All documents identified in your Answers to Interrogatories.

**RESPONSE:**

15. Your insurance policies providing coverage for the claims in this lawsuit.

**RESPONSE:**

16. All reservations of rights letters or denials from your insurance companies regarding the claims in this lawsuit.

**RESPONSE:**

DATED: May 3, 2021                    Respectfully submitted,


                                        */s/ Jonah A. Grossbardt*
                                        JONAH A. GROSSBARDT
                                        MATTHEW L. ROLLIN
                                        **SRIPLAW**
                                        Attorneys for Plaintiff Douglas Kirkland

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the county of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 8730 Wilshire Boulevard, Suite 350, Beverly Hills, California, 90211.

On  May 3, 2021, I served the following: PLAINTIFF DOUGLAS KIRKLAND'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS NAUSICAA RAMPONY AND THE COOL HEART, LLC [Set No. 1]

on the interested parties below:

Ms. Patsy Barron Martinez
Kermisch & Paletz LLP
12711 Ventura Blvd
Suite 200
Studio City, CA 91604
patsy@kpsclaw.com
Attorney for Nausicaa Rampony

☐ **BY FIRST CLASS MAIL.** I served the documents by enclosing them in a sealed envelope or package with the postage pre-paid addressed to the persons at the address above and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. The envelope or package was placed in the mail at Los Angeles, California.

☐ **BY FEDERAL EXPRESS MAIL.** I enclosed the documents in an envelope or package provided by Federal Express and addressed to the persons listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized FedEX drop box.

☒ **BY ELECTRONIC MAIL.** The undersigned does hereby certify that a true and correct copy of the foregoing document was served by electronic mail to all parties listed above.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

DATED: May 3, 2021

/s/ Jonah A. Grossbardt
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Douglas Kirkland

Jonah A. Grossbardt (State Bar No. 283584)
Matthew A. Rollin (State Bar No. 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorney for Plaintiff
DOUGLAS KIRKLAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KIRKLAND,<br><br>                                    Plaintiff,<br><br>v.<br><br>NAUSICAA RAMPONY, THE COOL HEART, LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL,<br><br>                                    Defendants. | Case No.:  2:20-cv-01374-CBM-MAA<br><br>**PLAINTIFF DOUGLAS KIRKLAND'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO DEFENDANTS NAUSICAA RAMPONY AND THE COOL HEART, LLC [Set No. 1]** |

PROPOUNDING PARTY: **Plaintiff**, Douglas Kirkland

RESPONDING PARTY: **Defendants**, Nausicaa Rampony and The Cool Heart, LLC

SET No.: ONE

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

1

Plaintiff Douglas Kirkland, by and through his undersigned counsel, and pursuant to Rule 36 of the Federal Rules of Civil Procedure, hereby requests that Defendant Nausicaa Rampony respond to the below Requests for Admissions within thirty days of service hereof.

### DEFINITIONS

A.      The definitions, rules of construction, and other requirements related to discovery requests set forth in Federal Rule of Civil Procedure 34 are incorporated as if fully set forth herein.

B.      "Kirkland" or "Plaintiff" means the plaintiff Douglas Kirkland.

C.      "Rampony" means the defendant Nausicaa Rampony.

D.      "TCH" means the defendant The Cool Heart, LLC

E.      "Website" means the URL https://www.thecoolheart.com.

F.      "Gallery" means the gallery operated by Rampony.

G.      The terms "document" and "electronically stored information" (abbreviated as "ESI") shall have the meanings given in the Federal Rules of Civil Procedure.

H.      The use of any singular form or a word shall include the plural and vice versa.

### INSTRUCTIONS

The following instructions apply to the requests to admit below and should be considered part of each request.

1.      These requests seek responses from Defendants which are accurate, complete and fully responsive as of the date the responses are executed. Should Defendants later learn that any response was incomplete, incorrect when made, or though correct when made is no longer accurate, the response or production shall be timely supplemented as required by Rule 26 of the Federal Rules of Civil Procedure.

2

2.     No request shall be left unanswered merely because an objection is interposed.  Where an objection is made to any request, or part thereof, the objection shall state with specificity all grounds. All objections shall be made in writing and delivered to the offices of SRIPLAW, 8730 Wilshire Boulevard, Suite 350, Beverly Hills, California, 90211.

3.     In the event that Defendants or its agents object to any request herein based upon an allegation of privilege (including work product) or immunity to discovery, please provide all the information concerning the allegedly privileged documents and/or communications in accordance with Local Civil Rule 26.2.

4.     These requests shall be deemed to be continuing and it is requested that Defendants serve supplementary responses as required by Rule 26(e).

2:20-cv-01374-CBM-MAA

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

## REQUESTS FOR ADMISSION

1.　　Admit that Rampony operated the Gallery.

**RESPONSE:**

2.　　Admit that the TCH obtained the Work on consignment from Kfir Moyal.

**RESPONSE:**

3.　　Admit that the TCH obtained the Work on consignment from KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC.

**RESPONSE:**

4.　　Admit that the TCH obtained the Work on consignment from KFIR MOYAL ART GALLERY INC.

**RESPONSE:**

5.　　Admit that Rampony obtained the Work on consignment from Kfir Moyal.

**RESPONSE:**

6.　　Admit that the Rampony obtained the Work on consignment from KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC.

**RESPONSE:**

7.　　Admit that the Rampony obtained the Work on consignment from KFIR MOYAL ART GALLERY INC.

**RESPONSE:**

8.　　Admit Rampony still has possession of the Work.

**RESPONSE:**

9.　　Admit that TCH still has possession of the Work.

**RESPONSE:**

10.　　Admit the genuineness of the document Instagram screenshots attached hereto as **Exhibit 1**.

**RESPONSE:**

4

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

1    11.    Admit the genuineness of the document URL screenshots attached hereto

2  as **Exhibit 2**.

3  **RESPONSE:**

4    12.    Admit that Rampony displayed the Work at the Gallery.

5  **RESPONSE:**

6    13.    Admit that TCH displayed the Work at the Gallery.

7  **RESPONSE:**

8

9  DATED:  May 3, 2021              Respectfully submitted,

10

11                                    */s/ Jonah A. Grossbardt*

12                                    JONAH A. GROSSBARDT

13                                    **SRIPLAW**

     Attorneys for Plaintiff Douglas Kirkland

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

## CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 8730 Wilshire Boulevard, Suite 350, Beverly Hills, California, 90211.

On  May 3, 2021, I served the following: PLAINTIFF DOUGLAS KIRKLAND'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO DEFENDANTS NAUSICAA RAMPONY AND THE COOL HEART, LLC [Set No. 1]

on the interested parties below:

Ms. Patsy Barron Martinez
Kermisch & Paletz LLP
12711 Ventura Blvd
Suite 200
Studio City, CA 91604
patsy@kpsclaw.com
Attorney for Nausicaa Rampony

☐ **BY FIRST CLASS MAIL.** I served the documents by enclosing them in a sealed envelope or package with the postage pre-paid addressed to the persons at the address above and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. The envelope or package was placed in the mail at Los Angeles, California.

☐ **BY FEDERAL EXPRESS MAIL.** I enclosed the documents in an envelope or package provided by Federal Express and addressed to the persons listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized FedEX drop box.

☒ **BY ELECTRONIC MAIL.** The undersigned does hereby certify that a true and correct copy of the foregoing document was served by electronic mail to all parties listed above.

6

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

DATED: May 3, 2021

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Douglas Kirkland

# EXHIBIT

# 1

 *Instagram*

Search

  



**thecoolheart**  [ Follow ] [ ]

**636** posts          **3,794** followers          **486** following

**The Cool HeArt**
ART GALLERY ✉️info@thecoolheart.com @sofitellosangeles
www.eventbrite.com/e/the-cool-heart-tickets-94042881791?aff=utm_source...

Followed by **davenavarro** and **lovenausicaa**

                              

Cardi B          #TheCool...          SHOW          GALLERY          SHOW FEB          THE COOL...

POSTS                                              TAGGED

      

      

  

  

  

  

  



  

Search





ABOUT US   HELP   PRESS   API   JOBS   PRIVACY

TERMS   DIRECTORY   PROFILES   HASHTAGS   LANGUAGE

© 2020 INSTAGRAM

2/11/2020 Case 2:20-cv-01374-CBM-MAA Document 194-3 Filed 08/21/21 Page 29 of 83 Page ID
Case 2:20-cv-01374-CBM-MAA Document 21-8 Filed 02/25/20 Page 9 of 93 Page ID #:212
#:629



SHOW • Follow 12w





Highlights · Follow 106w



EXHIBIT

2




thecoolheart
Sofitel Los Angeles at Beverly Hills

435          0                                    2d

thecoolheart ART SHOW _   FEB 13
@sofitellosangeles PREVIEW on RSVP ONLY _   after
show starting 9 PM 🎨🎨 _ _ _ _ _ _
#cardib lover her painting by #kfirmoyal DISCOVER
HIS NEW SERIE @thecoolheart . . . . #art #artshow
#artgallery #friezeartfair #losangeles #thecoolheart
#artist #interiordesign #collector #beverlyhills
#malibu #hollywood #sofitel #sofitellosangeles
#boutiquehotel #luxury #luxurylifestyle #realestate
#luxuryhouses #cardib #kfirmoyal #orlinski
#giulianobekor #kyliejenner

Case 2:20-cv-01374-CBM-MAA   Document 23-4   Filed 02/26/20   Page 8 of 38   Page ID #:215

.RT



 



→

thecoolheart



Contact

200          1                              2w

**thecoolheart** Diamant dust on canvas : Get yours !
Swipe -> GET YOUR PERFECT ART @thecoolheart
@sofitellosangeles _ K _ _ _ _            ART IS
FREEDOM #2020 THANK YOU K _ _ _ _  . . .
#thecoolheart #artgallery #boutiquehotel
#contemporaryart #popart #abstract #art
#losangeles #sofitel #hotel #sofitelhotel #resort
#artbasel #frieze #beverlyhills #rodeo #malibu
#california #designer #      riordesign #losangeles
#beverlyhills #malibu # _  _ #nobu #jenniferhudson
#friezeartfair #artbasel #artist #contemporaryart
#popart #streetart #abstractart #california
#hollywood #luxury

frank_frankly_frank _  👍



**thecoolheart**
Sofitel Los Angeles at Beverly Hills 

212    10                              38w

**thecoolheart** ⚡Do You do you Saint Tropez ⚡
#brigittebardot #bulldog #sculpture #painting
#thecoolheart #hotel #sofitel #losangeles

**jasonmilov** _

**dinakadri** 👏🏻 👏🏻

**drclementlee** ✌🏻_

**brydenlando** ⚡

**presidentikeion** My fave

**thecoolheart** @jasonmilov _

**thecoolheart** @dinakadri thanks _

**thecoolheart** @drclementlee _

**thecoolheart** @presidentikeion ⚡⚡⚡🙌🏻🙌🏻🙌🏻

**nojealousyla** _



 thecoolheart

35  2  161w

thecoolheart 🐚THE WORLD IS SMALL. IN THE
END WE ALL MEET UP IN BED 🐚 40x40 inch
@thecoolheart @la_galeriemontaigne _ DM for
inquiry_  #bardot #brigitte #icon #artgallery
#galeriemontaigne #montaigneaddict
#contemporaryart #popart #streetart #artgallery
#nyc #miami #losangeles #beverlyhills #malibu
#california #paris #london #realestate #homedecor
#decoration #instagood #thecoolheart



# #The Cool HeART


0



Home          Artists          Fearless HeART          Contact



Giuliano Bekor

View More

Behind Pink Walls

View More

Keya

View More





Case 2:20-cv-01374-CBM-MAA   Document 104-2   Filed 09/24/21   Page 37 of 83   Page ID #:630
Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 12 of 58   Page ID #:210

 #The Cool He**ART**

 0



| Home | Artists | Fearless HeART | Contact |
|---|---|---|---|



Once you become
FEARLESS, life
becomes LIMITLESS

Shop Now

 **thecoolheart**
3.8K Followers | 486 Following | 636 Posts



Case 2:20-cv-01374-CBM-MAA Document 21-4 Filed 02/25/20 Page 13 of 58 Page ID #:230



# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |





# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |



Case 2:20-cv-01374-CBM-MAA Document 21-4 Filed 02/25/20 Page 15 of 58 Page ID #:222



# #The Cool He<span style="color:magenta">ART</span>





Home          Artists          Fearless HeART          Contact



Case 2:20-cv-01374-CBM-MAA Document 21-4 Filed 02/25/20 Page 16 of 58 Page ID #:228



# #The Cool He*ART*


0



| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|



Case 2:20-cv-01374-CBM-MAA    Document 21-3    Filed 02/25/20    Page 17 of 58    Page ID
#:222



# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |





# #The Cool He**ART**





Home          Artists          Fearless HeART          Contact













The newest exhibition of **The Cool HeART** Gallery at Sofitel Los Angeles at Beverly Hills was attended by the likes of **Dame Dash**, **Evan Ross**, and many young Hollywood stars.













Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 19 of 58   Page ID #:226



# #The Cool HeART




| Home | Artists | Fearless HeART | Contact |



 # The Cool He**ART**





Home          Artists          Fearless HeART          Contact





# #The Cool HeART





Home          Artists          Fearless HeART          Contact





# #The Cool He**ART**



 

| Home | Artists | Fearless HeART | Contact |



Case 2:20-cv-01374-CBM-MAA    Document 21-4    Filed 02/25/20    Page 25 of 58    Page ID #:230

 #The Cool He**ART** 





2/11/2020
Case 2:20-cv-01374-CBM-MAA   Document 104-3   Filed 09/21/21   Page 49 of 83   Page ID #:649
Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 24 of 58   Page ID #:231



# #The Cool HeART





Home          Artists          Fearless HeART          Contact



 # #The Cool HeART 

Home        Artists        Fearless HeART        Contact







2/11/2020

Case 2:20-cv-01374-CBM-MAA   Document 104-3   Filed 09/24/21   Page 51 of 83   Page ID
#:653
Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 26 of 38   Page ID
#:258



# #The Cool HeART


0



| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|





# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |



2/11/2020
Case 2:20-cv-01374-CBM-MAA   Document 104-3   Filed 09/24/21   Page 53 of 83   Page ID
#:653
Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 28 of 58   Page ID
#:233



# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |





# #The Cool HeART


0



Home    Artists    Fearless HeART    Contact





# #The Cool He**ART**





| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|



2/11/2020    Case 2:20-cv-01374-CBM-MAA    Document 104-3    Filed 09/21/21    Page 56 of 83    Page ID
Case 2:20-cv-01374-CBM-MAA    Document 21-4    Filed 02/25/20    Page 31 of 58    Page ID
#:656
#:258



# #The Cool HeART



 

| Home | Artists | Fearless HeART | Contact |





# #The Cool HeART




Home      Artists      Fearless HeART      Contact



Sofitel Los Ang

Case 2:20-cv-01374-CBM-MAA   Document 104-3   Filed 09/24/21   Page 58 of 83   Page ID #:658

Case 2:20-cv-01374-CBM-MAA   Document 11-4   Filed 02/25/20   Page 33 of 33   Page ID #:240



# #The Cool He<span style="color:magenta">ART</span>





geles at Beverly Hills. is starting the
stic note with the unveiling of its new
aurant decor, featuring 40 one-of-
; curated by the contemporary art
allery The Cool HeART.

ART was founded by entrepreneur
r, Nausicaa. Beginning her career
a in musicology from La Sorbonne,
is university, Nausicaa traveled the
odel working with some of the top
fter a long career in fashion, she
ettle in Los Angeles and renew her
rt when she began working at the
ontaigne as an art curator. She
cided to open her own gallery, The
nd has made a name for herself in

The Cool HeA
and art deale
with a diploma
the famous Par
world as a m
designers. A
decided to se
passion for a
Gallery M
eventually dec
Cool HeART, d









Case 2:20-cv-01374-CBM-MAA Document 21-4 Filed 09/24/21 Page 34 of 58 Page ID #:659



# #The Cool He**ART**





Home          Artists          Fearless HeART          Contact



Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 35 of 38   Page ID
#:242



# #The Cool HeART






| Home | Artists | Fearless HeART | Contact |



2/11/2020     Case 2:20-cv-01374-CBM-MAA     Document 104-3     Filed 09/24/21     Page 61 of 83     Page ID
Case 2:20-cv-01374-CBM-MAA     Document 21-4     Filed 02/25/20     Page 36 of 58     Page ID
#:661
#:248



# #The Cool HeART





Home          Artists          Fearless HeART          Contact



Case 2:20-cv-01374-CBM-MAA   Document 21-3   Filed 02/25/20   Page 37 of 58   Page ID #:244



# #The Cool He<span style="color:magenta">ART</span>





| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|



Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 38 of 58   Page ID #:245



# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |



2/11/2020

Case 2:20-cv-01374-CBM-MAA   Document 104-3   Filed 09/21/21   Page 64 of 83   Page ID
Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 39 of 58   Page ID
#:644
#:246



# #The Cool HeART


0



Home     Artists     Fearless HeART     Contact



2/11/2020

 # #The Cool HeART





# #The Cool He<span style="color:magenta">ART</span>









# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |



Case 2:20-cv-01374-CBM-MAA   Document 104-3   Filed 09/24/21   Page 68 of 83   Page ID #:660
Case 2:20-cv-01374-CBM-MAA   Document 21-3   Filed 02/25/20   Page 48 of 58   Page ID #:250



# #The Cool HeART





Home          Artists          Fearless HeART          Contact





# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|



Case 2:20-cv-01374-CBM-MAA　Document 21-4　Filed 02/25/20　Page 45 of 58　Page ID
#:672
#:252



# #The Cool HeART




Home　　　　Artists　　　　Fearless HeART　　　　Contact



Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 46 of 58   Page ID
#:258



# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |



2/11/2020

Case 2:20-cv-01374-CBM-MAA   Document 104-3   Filed 09/24/21   Page 72 of 83   Page ID #:672



# #The Cool He<span style="color:magenta">ART</span>



 

Home        Artists        Fearless HeART              Contact



2/11/2020
Case 2:20-cv-01374-CBM-MAA   Document 104-3   Filed 09/24/21   Page 73 of 83   Page ID
Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 43 of 58   Page ID
#:673
#:255



# #The Cool HeART


0

 

| Home | Artists | Fearless HeART | Contact |



2/11/2020
Case 2:20-cv-01374-CBM-MAA   Document 104-3   Filed 09/24/21   Page 74 of 83   Page ID
#:674
Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 49 of 58   Page ID
#:256



# #The Cool HeART





| Home | Artists | Fearless HeART | Contact |



2/11/2020



# #The Cool HeART



 

| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|



Case 2:20-cv-01374-CBM-MAA   Document 21-4   Filed 02/25/20   Page 51 of 58   Page ID
#:256



# #The Cool HeART







 # The Cool He ART



 

Home     Artists     Fearless HeART     Contact





# #The Cool He<span style="color:magenta">ART</span>



 

| Home | Artists | Fearless HeART | Contact |



#:679

# #The Cool HeART



Case 2:20-cv-01374-CBM-MAA　Document 21-4　Filed 02/25/20　Page 58 of 58　Page ID #:282



# #The Cool HeART





Home    Artists    Fearless HeART    Contact





# #The Cool HeART




Home    Artists    Fearless HeART    Contact



Case 2:20-cv-01374-CBM-MAA Document 104-3 Filed 09/21/21 Page 82 of 83 Page ID #:682

Case 2:20-cv-01374-CBM-MAA Document 21-4 Filed 02/25/20 Page 57 of 58 Page ID #:582



# #The Cool He<span style="color:magenta">ART</span>





| Home | Artists | Fearless HeART | Contact |



Case 2:20-cv-01374-CBM-MAA   Document 104-3   Filed 09/21/21   Page 83 of 83   Page ID
#:683

Case 2:20-cv-01374-CBM-MAA   Document 21-3   Filed 02/25/20   Page 58 of 58   Page ID
#:265







| Home | Artists | Fearless HeART | Contact |
|------|---------|----------------|---------|

Customer Service
E: info@thecoolheart.com

Shipping & Returns
Privacy Policy

© 2018 by The Cool HeART