# Exhibit

# 2

**Jamie Christine James**

| | |
|---|---|
| **From:** | Patsy Barron <patsy@kpsclaw.com> |
| **Sent:** | Thursday, May 6, 2021 6:22 PM |
| **To:** | Jonah Grossbardt |
| **Cc:** | NAUSICAA The Cool HeART; Collette Navasartian; Manny Garcia; Lauren Lookofsky |
| **Subject:** | Re: Kirkland v. Rampony, The Cool Heart, LLC, Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc., Kfir Moyal Art Gallery Inc. & Moyal |
| **Attachments:** | Def. Stip. & Order re Extension to respond to Discovery (Draft) 05.04.21.pdf |

Thank you, Jonah.

Attached please find a Stipulation and Order reflecting our agreement. Let me know if any changes need to be made. Otherwise, please sign and return the executed copy to me for filing with the Court. Thank you.

On Wed, May 5, 2021 at 4:19 PM Jonah Grossbardt <jonah.grossbardt@sriplaw.com> wrote:

> Hi Patsy,
>
> July 13, 2021 is fine with me.
>
> Best,
>
> Jonah
>
> ---
>
> **From:** Patsy Barron <patsy@kpsclaw.com>
> **Sent:** Wednesday, May 5, 2021 2:32 PM
> **To:** Jonah Grossbardt <jonah.grossbardt@sriplaw.com>
> **Cc:** NAUSICAA The Cool HeART <nausicaa@thecoolheart.com>; Collette Navasartian <collette.navasartian@sriplaw.com>; Manny Garcia <manny@kpsclaw.com>; Lauren Lookofsky <lauren@kpsclaw.com>
> **Subject:** Re: Kirkland v. Rampony, The Cool Heart, LLC, Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc., Kfir Moyal Art Gallery Inc. & Moyal
>
> Hi Jonah,
>
> I just realized that I listed the incorrect date. 35 days from June 8, 2021 is actually July 13, 2021. Are you agreeable to July 13, 2021?

On Wed, May 5, 2021 at 2:01 PM Jonah Grossbardt <jonah.grossbardt@sriplaw.com> wrote:

Hi Patsy,

I can agree to an extension until July 8, 2021. I don't think we need to push it back to August. Does July 8, 2021 work on your end?

Best,

Jonah

---

**From:** Patsy Barron <patsy@kpsclaw.com>
**Sent:** Tuesday, May 4, 2021 3:05 PM
**To:** Jonah Grossbardt <jonah.grossbardt@sriplaw.com>
**Cc:** NAUSICAA The Cool HeART <nausicaa@thecoolheart.com>; Collette Navasartian <collette.navasartian@sriplaw.com>; Manny Garcia <manny@kpsclaw.com>; Lauren Lookofsky <lauren@kpsclaw.com>
**Subject:** Re: Kirkland v. Rampony, The Cool Heart, LLC, Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc., Kfir Moyal Art Gallery Inc. & Moyal

Hi Jonah,

As discussed at the hearing today, we are seeking an extension to the discovery request received via email yesterday May 3, 2021 to 35 days after June 8, 2021. This extension shall allow Nausicaa's new counsel sufficient time to review and respond to the discovery in the event that a settlement is not reached between you and her new counsel. The new deadline to respond to Plaintiff's discovery will be **August 2, 2021**. Please confirm your agreement to said extension and I will have our office draft a stipulation reflecting the same for your review and signature.

Nausicaa is contacting Ben Lila & Joseph Mandour from Mandour & Associates, APC and I believe they will be contacting you directly if they are able to represent her at the settlement conference. I talked to the partners at our office and we will be unable to represent her for the settlement conference. Mary Lu also confirmed that she will be unable to represent her at the settlement conference.

If Ben Lila & Joseph Mandour are not able to represent Nausicaa, she will contact other attorneys to see if they are able to participate in the settlement conference. We will keep you updated.

In follow-up to the Judge's suggestion that you could remove The Cool Heart, LLC as a defendant so you and Nausicaa can proceed with the settlement conference without the need of an attorney for THe Cool Heart, LLC, please let me know if you are agreeable.

On Mon, May 3, 2021 at 5:43 PM Collette Navasartian <collette.navasartian@sriplaw.com> wrote:

Hello Counsel,

Attached please find the following documents from Plaintiff Douglas Kirkland:

- Plaintiff's First Interrogatories to Defendant's The Cool Heart, LLC and Nausicaa Rampony
- Plaintiff's First Requests for Production to Defendant's The Cool Heart, LLC and Nausicaa Rampony
- Plaintiff's First Requests for Admissions to Defendant's The Cool Heart, LLC and Nausicaa Rampony
- Exhibit 1 to RFA's
- Exhibit 2 to RFA's

Best,

Collette



**Collette Navasartian**

Paralegal

8730 Wilshire Blvd

Suite 350

Beverly Hills, CA  90211

Office:  323.364.0400

Email: collette.navasartian@sriplaw.com

https://link.edgepilot.com/s/e979b2ca/nCugIvD2s0Sg0-6GtHtiuQ?u=http://www.sriplaw.com/

--

Warm regards,

Patsy Barron Martinez, Esq. | 818.478.1043 | 818.478.1047 (fax) | patsy@kpsclaw.com
*Kermisch & Paletz LLP | 12711 Ventura Blvd. Ste. 200 | Studio City, CA 91604*

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

--

Warm regards,

Patsy Barron Martinez, Esq. | 818.478.1043 | 818.478.1047 (fax) | patsy@kpsclaw.com
*Kermisch & Paletz LLP | 12711 Ventura Blvd. Ste. 200 | Studio City, CA 91604*

--

Warm regards,

Patsy Barron Martinez, Esq. | 818.478.1043 | 818.478.1047 (fax) | patsy@kpsclaw.com
*Kermisch & Paletz LLP | 12711 Ventura Blvd. Ste. 200 | Studio City, CA 91604*