# Exhibit 5

# Jamie Christine James

| | |
|---|---|
| **From:** | Jonah Grossbardt |
| **Sent:** | Thursday, September 2, 2021 11:30 AM |
| **To:** | jsunshine@pessahgroup.com |
| **Cc:** | Maurice Pessah; Summer Benson; Volodymyr Usov; Jamie Christine James; Matthew Rollin |
| **Subject:** | RE: Kirkland v. Rampony, et al. [Case No. 2:20-cv-01374-CBM-MAA] (Discovery Matter) |

Counsel,

I am in receipt of the discovery and I called your office yesterday to seek an extension to respond to the discover and to extend the discovery cutoff date. Are you agreeable to extending the discovery cut-off date in this matter? Please let us know so we can prepare a stipulation for your review.

I also think it makes sense to set up a call to discuss the case and see where defendants stand on settlement. What is your availability to have a call later today or tomorrow?

Best,

Jonah

---

**From:** jsunshine@pessahgroup.com <jsunshine@pessahgroup.com>
**Sent:** Wednesday, September 1, 2021 5:12 PM
**To:** Jonah Grossbardt <jonah.grossbardt@sriplaw.com>
**Cc:** Maurice Pessah <maurice@pessahgroup.com>; Summer Benson <sbenson@pessahgroup.com>; Volodymyr Usov <vusov@pessahgroup.com>
**Subject:** Kirkland v. Rampony, et al. [Case No. 2:20-cv-01374-CBM-MAA] (Discovery Matter)
**Importance:** High

Counsel,

Please find the following courtesy copies attached: (1) DEFENDANT NAUSICAA RAMPONY'S REQUESTS FOR ADMISSIONS, SET ONE; (2) DEFENDANT NAUSICAA RAMPONY'S REQUESTS FOR PRODUCTION, SET ONE; (3) DEFENDANT NAUSICAA RAMPONY'S SPECIAL INTERROGATORIES, SET ONE; (4) DEFENDANT THE COOL HEART, LLC'S REQUESTS FOR ADMISSIONS, SET ONE; (5) DEFENDANT THE COOL HEART, LLC'S REQUESTS FOR PRODUCTION, SET ONE; (6)DEFENDANT THE COOL HEART, LLC'S SPECIAL INTERROGATORIES, SET ONE; and, (7) PROOF OF SERVICE.

Best regards,
Jason Sunshine