# Exhibit 6



Jonah A. Grossbardt
*Attorney*

Direct: 323.364.6565
jonah.grossbardt@sriplaw.com

September 3, 2021

**Via Email: maurice@pessahgroup.com**
Mr. Maurice Pessah
Pessah Law group
661 North Harper Avenue
Suite 208
West Hollywood, CA 90048

**Re:   Kirkland v. Rampony, The Cool Heart, LLC, Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc., Kfir Moyal Art Gallery Inc. & Moyal; 2:20-cv-01374-CBM-MAA**

Dear Mr. Pessah,

We write this letter to follow up on our telephone conversation today and your refusal to stipulate to a discovery extension. We received Ms. Rampony and The Cool Heart, LLC's (collectively "Defendants") discovery requests on September 1, 2021, and immediately reached out for an extension. This letter shall confirm our request for a 30-day extension to respond to Defendants' discovery and a 60-day continuance to complete discovery.

We received Defendants' discovery requests on September 1, 2021. We have a very busy month of September. Additionally, September has many Jewish holidays, for which I am a practicing member of the religion.

As we discussed on our telephone conversation, this case has been going on since February 2020. I have attached a copy of the docket to this email, and it is marked as Exhibit 1. I have given your clients numerous courtesies throughout this litigation. In fact, I held off on filing for default against both Ms. Rampony and TCH numerous times. I took numerous phone calls from Ms. Rampony in an attempt to resolve the case. Defendants' prior counsel asked me to stipulate to vacate the default Kirkland had against Defendants. I agreed and we filed a stipulation which the Court granted instead of engaging in motion practice. (Dkt. No. 52). On May 3, 2021, Kirkland served his first discovery requests. At that point, Defendants were in the process of obtaining new counsel. Defendants asked for an extension to respond to the requests until July 13, 2021. The parties agreed to this extension and filed a stipulation with the Court. (Dkt. 101).

CALIFORNIA
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

GEORGIA
12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE
818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Maurice Pessah
September 3, 2021
Page 2

Kirkland gave Defendants numerous courtesies and is now only asking for a 30-day extension to respond to Defendants' discovery requests and a 60-day continuance to complete discovery now that Defendants are represented by counsel.

On March 5, 2021, Kirkland's counsel filed a change of address form with the Court. (Dkt. No. 71). Prior counsel had previously agreed to electronic service. On July 13, 2021, Defendants served their discovery responses by mail only to Kirkland's counsel's prior office. Kirkland's counsel did not receive the responses until a few weeks later because they were unaware of the delivery to the prior address.

Defendants' counsel should also be aware that they are the fourth law firm to represent the Defendants in this matter and should consult the previous attorneys' files in order to understand why there have been delays in discovery.

Please let us know if you would be agreeable to a 30-day extension to respond to Defendants' discovery request and 60-day continuance to complete discovery. We request the new discovery response date as November 1, 2021, and discovery cut-off as December 1, 2021. Please let us know when you are available to meet and confer next Wednesday or Thursday afternoon. If you do not agree to an extension, we will be forced to file a motion seeking an extension and continuance from the Court.

Sincerely,

**SRIPLAW**

Jonah A. Grossbardt

JAG/jcj

cc:   Ms. Summer Benson
      Mr. Volodymyr Usov
      Ms. Jamie James
      Mr. Mathew Rollin

CALIFORNIA — 8730 Wilshire Boulevard, Suite 350, Beverly Hills, CA 90211
GEORGIA — 12 Powder Springs St. Suite 200, Marietta, GA 30064
FLORIDA — 21301 Powerline Rd. Suite 100, Boca Raton, FL 33433
TENNESSEE — 818 18th Ave. S. 10th Floor, Nashville, TN 37203
NEW YORK — 125 Maiden Lane, Suite 5C, New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:20-cv-01374-CBM-MAA

Douglas Kirkland v. Nausicaa Rampony et al
Assigned to: Judge Consuelo B. Marshall
Referred to: Magistrate Judge Maria A. Audero
Cause: 17:501 Copyright Infringement

Date Filed: 02/11/2020
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Douglas Kirkland**  represented by **Jonah Adam Grossbardt**
SRIPLAW
8730 Wilshire Boulevard Suite 350
Beverly Hills, CA 90211
323-364-6565
Fax: 561-404-4353
Email: jonah.grossbardt@sriplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nausicaa Rampony**  represented by **Lauren Michel Lookofsky**
9663 Santa Monica Boulevard, Suite 1150
Beverly Hills, CA 90210
Kermisch and Paletz LLP
12711 Ventura Boulevard Suite 200
Studio City, CA 91604
818-478-1043
Fax: 818-478-1047
Email: lauren@kpsclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Lu**
Mary Lu Law
2355 Westwood Boulevard Suite 620
Los Angeles, CA 90064
213-293-2003
Email: maryluattorney@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patsy Y Barron Martinez**
Kermisch and Paletz LLP
12711 Ventura Boulevard, Suite 200
Studio City, CA 91604
818-478-1043
Fax: 818-478-1047
Email: patsy@kpsclaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice David Pessah**
Pessah Law Group PC
661 North Harper Avenue
Los Angeles, CA 90048
310-772-2261
Fax: 310-247-0507
Email: maurice@pessahgroup.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Cool Heart, LLC**     represented by     **Lauren Michel Lookofsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patsy Y Barron Martinez**
(See above for address)
*TERMINATED: 06/16/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Lu**
(See above for address)
*TERMINATED: 06/16/2021*
*ATTORNEY TO BE NOTICED*

**Maurice David Pessah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kfir Moyal**     represented by     **Kfir Moyal**
729 NW 47th Street
Miami, FL 33127
404-966-1036
PRO SE

**Mark P Meuser**
Dhillon Law Group Inc
290 North Hudson Avenue 411E
Pasadena, CA 91101
415-433-1700
Fax: 415-520-6593
Email: mmeuser@dhillonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kfir Moyal Art Gallery Inc.**
*TERMINATED: 12/15/2020*

**Defendant**

**Kfir Moyal Art LLC**
*TERMINATED: 12/15/2020*
*formerly doing business as*
Kfir Moyal Art Gallery Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2020 | 1 | COMPLAINT Receipt No: 0973-25305181 - Fee: $400, filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Exhibit 1 - KMAGI Infringement, # 2 Exhibit 2 - KMAGI Default Judgment, # 3 Exhibit 3 - Infringement) (Attorney Jonah Adam Grossbardt added to party Douglas Kirkland(pty:pla))(Grossbardt, Jonah) (Entered: 02/11/2020) |
| 02/11/2020 | 2 | CIVIL COVER SHEET filed by Plaintiff Douglas Kirkland. (Grossbardt, Jonah) (Entered: 02/11/2020) |
| 02/11/2020 | 3 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by Douglas Kirkland. (Grossbardt, Jonah) (Entered: 02/11/2020) |
| 02/11/2020 | 4 | CERTIFICATE of Interested Parties filed by Plaintiff Douglas Kirkland, (Grossbardt, Jonah) (Entered: 02/11/2020) |
| 02/11/2020 | 5 | CORPORATE DISCLOSURE STATEMENT filed by Plaintiff Douglas Kirkland (Grossbardt, Jonah) (Entered: 02/11/2020) |
| 02/11/2020 | 6 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Douglas Kirkland. (Grossbardt, Jonah) (Entered: 02/11/2020) |
| 02/11/2020 | 7 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Douglas Kirkland. (Grossbardt, Jonah) (Entered: 02/11/2020) |
| 02/11/2020 | 8 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Douglas Kirkland. (Grossbardt, Jonah) (Entered: 02/11/2020) |
| 02/11/2020 | 9 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Douglas Kirkland. (Grossbardt, Jonah) (Entered: 02/11/2020) |
| 02/11/2020 | 10 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Douglas Kirkland. (Grossbardt, Jonah) (Entered: 02/11/2020) |
| 02/12/2020 | 11 | NOTICE OF ASSIGNMENT to District Judge Consuelo B. Marshall and Magistrate Judge Maria A. Audero. (ghap) (Entered: 02/12/2020) |
| 02/12/2020 | 12 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Nausicaa Rampony. (ghap) (Entered: 02/12/2020) |
| 02/12/2020 | 13 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant The Cool Heart, LLC. (ghap) (Entered: 02/12/2020) |
| 02/12/2020 | 14 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Kfir Moyal. (ghap) (Entered: 02/12/2020) |
| 02/12/2020 | 15 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Kfir Moyal Art Gallery Inc. (ghap) (Entered: 02/12/2020) |
| 02/12/2020 | 16 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Kfir Moyal Art LLC. (ghap) (Entered: 02/12/2020) |
| 02/13/2020 | 17 | STANDING ORDER upon filing of the complaint by Judge Consuelo B. Marshall. |

| | | |
|---|---|---|
| | | READ THIS ORDER CAREFULLY. It controls this case and may differ in some respects from the Local Rules. (ys) (Entered: 02/13/2020) |
| 02/14/2020 | 18 | NOTICE OF MOTION AND MOTION for Preliminary Injunction . Motion filed by Plaintiff Douglas Kirkland. Motion set for hearing on 3/17/2020 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Memorandum, # 2 Declaration Jonah Grossbardt, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Declaration Douglas Kirkland, # 7 Proposed Order) (Grossbardt, Jonah) (Entered: 02/14/2020) |
| 02/19/2020 | 19 | NOTICE of Related Case(s) filed by Plaintiff Douglas Kirkland. Related Case(s): 2:20-mc-00016 (CACD) and 1:19-cv-20293 (FLSD) 1:19-cv- (Grossbardt, Jonah) (Entered: 02/19/2020) |
| 02/25/2020 | 20 | DECLARATION of Douglas Kirkland Supplemental Declaration in Support of NOTICE OF MOTION AND MOTION for Preliminary Injunction . Motion 18 filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Exhibit Registration Certificate)(Grossbardt, Jonah) (Entered: 02/25/2020) |
| 02/25/2020 | 21 | First AMENDED COMPLAINT against Defendants All Defendants amending Complaint (Attorney Civil Case Opening), 1 , filed by Plaintiff Douglas Kirkland (Attachments: # 1 Exhibit 1 - Registration Certificate, # 2 Exhibit 2 - KMAGI Infringement, # 3 Exhibit 3 - KMAGI Default Judgment, # 4 Exhibit 4 - Cool Heart Infringement)(Grossbardt, Jonah) (Entered: 02/25/2020) |
| 03/03/2020 | 22 | MINUTES IN CHAMBERS ORDER RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, 18 by Judge Consuelo B. Marshall: The Motion is DENIED WITHOUT PREJUDICE. See order for details. (shb) (Entered: 03/04/2020) |
| 03/11/2020 | 23 | PROOF OF SERVICE Executed by Plaintiff Douglas Kirkland, upon Defendant Kfir Moyal Art LLC served on 3/10/2020, answer due 3/31/2020. Service of the Summons and Complaint were executed upon Rey Fries, Authorized agent of Registered Agent Brian Przystup & Associates LLC in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Grossbardt, Jonah) (Entered: 03/11/2020) |
| 03/11/2020 | 24 | PROOF OF SERVICE Executed by Plaintiff Douglas Kirkland, upon Defendant Kfir Moyal Art Gallery Inc. served on 3/10/2020, answer due 3/31/2020. Service of the Summons and Complaint were executed upon Rey Fries, Authorized agent of Registered Agent Brian Przystup & Associates LLC in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Grossbardt, Jonah) (Entered: 03/11/2020) |
| 03/11/2020 | 25 | PROOF OF SERVICE Executed by Plaintiff Douglas Kirkland, upon Defendant Nausicaa Rampony served on 2/13/2020, answer due 3/5/2020. Service of the Summons and Complaint were executed upon Nausicaa Rampony - Self in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Grossbardt, Jonah) (Entered: 03/11/2020) |
| 03/11/2020 | 26 | PROOF OF SERVICE Executed by Plaintiff Douglas Kirkland, upon Defendant The Cool Heart, LLC served on 2/13/2020, answer due 3/5/2020. Service of the Summons and Complaint were executed upon Nausicaa Rampony, Registered Agent and Owner of The Cool Heart, LLC in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Grossbardt, Jonah) (Entered: 03/11/2020) |
| 05/15/2020 | 27 | NOTICE OF MOTION AND MOTION for Clerk to Enter Default against Defendant The Cool Heart, LLC filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Declaration of Jonah Grossbardt) (Grossbardt, Jonah) (Entered: 05/15/2020) |

| | | |
|---|---|---|
| 05/15/2020 | 28 | NOTICE OF MOTION AND MOTION for Clerk to Enter Default against Defendant Nausicaa Rampony filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Declaration of Jonah Grossbardt) (Grossbardt, Jonah) (Entered: 05/15/2020) |
| 05/15/2020 | 29 | NOTICE OF MOTION AND MOTION for Clerk to Enter Default against Defendant Kfir Moyal Art Gallery Inc. filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Declaration of Jonah Grossbardt) (Grossbardt, Jonah) (Entered: 05/15/2020) |
| 05/15/2020 | 30 | NOTICE OF MOTION AND MOTION for Clerk to Enter Default against Defendant Kfir Moyal Art LLC filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Declaration of Jonah Grossbardt) (Grossbardt, Jonah) (Entered: 05/15/2020) |
| 05/18/2020 | 31 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to The Cool Heart, LLC (bm) (Entered: 05/18/2020) |
| 05/18/2020 | 32 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to Nausicaa Rampony (bm) (Entered: 05/18/2020) |
| 05/18/2020 | 33 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to Kfir Moyal Art Gallery Inc. (bm) (Entered: 05/18/2020) |
| 05/18/2020 | 34 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to Kfir Moyal Art LLC (bm) (Entered: 05/18/2020) |
| 06/08/2020 | 35 | EX PARTE APPLICATION for Extension of Time to File Return of Service filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Memorandum, # 2 Declaration of Jonah A. Grossbardt, # 3 Exhibit 1, # 4 Proposed Order) (Grossbardt, Jonah) (Entered: 06/08/2020) |
| 06/08/2020 | 36 | EX PARTE APPLICATION for Order for Alternative Service filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Memorandum, # 2 Declaration of Jonah A. Grossbardt, # 3 Exhibit 1 of Jonah A. Grossbardt's Declaration, # 4 Proposed Order) (Grossbardt, Jonah) (Entered: 06/08/2020) |
| 06/09/2020 | 37 | MINUTES (IN CHAMBERS) ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT; AND PLAINTIFF'S EX PARTE FOR ALTERNATE SERVICE OF PROCESS by Judge Consuelo B. Marshall: Plaintiff's Applications are GRANTED as follows: 1. The Court continues the deadline for Plaintiff to serve Defendant Kfir Mayal with the summons and complaint to June 26, 2020, and 2. Plaintiff may serve the summons and complaint on Defendant Kfir Moyal by alternative service through certified mail return receipt request. Plaintiff's Application are otherwise denied without prejudice to Plaintiff requesting additional time for service of the summons and complaint and alternative method of service with food cause showing. (shb) (Entered: 06/09/2020) |
| 06/15/2020 | 38 | NOTICE of Alternate Service filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Declaration of Jamie James)(Grossbardt, Jonah) (Entered: 06/15/2020) |
| 07/15/2020 | 39 | NOTICE OF MOTION AND MOTION for Clerk to Enter Default against Defendant Kfir Moyal filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Declaration of Jonah A. Grossbardt, # 2 Exhibit A of Jonah A. Grossbardt's Declaration) (Grossbardt, Jonah) (Entered: 07/15/2020) |
| 07/16/2020 | 40 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to KFIR MOYAL (shb) (Entered: 07/16/2020) |
| 08/25/2020 | 41 | APPLICATION for Default Judgment against Defendants Nausicaa Rampony, The Cool Heart, LLC, Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc., Kfir Moyal Art Gallery Inc., Kfir Moyal filed by Plaintiff Douglas Kirkland. Application set for hearing on 9/22/2020 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Declaration of Jonah A. Grossbardt, # 5 Exhibit 1 of |

| | | |
|---|---|---|
| | | Jonah A. Grossbardt's Declaration, # 6 Exhibit 2 of Jonah A. Grossbardt's Declaration, # 7 Exhibit 3 of Jonah A. Grossbardt's Declaration, # 8 Exhibit 4 of Jonah A. Grossbardt's Declaration, # 9 Exhibit 5 of Jonah A. Grossbardt's Declaration, # 10 Exhibit 6 of Jonah A. Grossbardt's Declaration, # 11 Declaration of Douglas Kirkland, # 12 Exhibit 1 of Douglas Kirkland's Declaration, # 13 Exhibit 2 of Douglas Kirkland's Declaration, # 14 Proposed Order) (Grossbardt, Jonah) (Entered: 08/25/2020) |
| 09/18/2020 | 42 | MINUTE IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall: Counsel are hereby notified that the above matter is set on the Court's calendar for a Telephonic hearing re Plaintiff's application for default judgment 41 on September 22, 2020 at 10:00 a.m. Counsel should use a land line and handset from a quiet location, no speaker phone. Wait on the line until your case is called, while you are waiting, please mute your phone as the Court can hear all the noise in the background. The call in number will be given to the parties one day before the hearing. IT IS SO ORDERED. (shb) (Entered: 09/18/2020) |
| 09/22/2020 | 43 | MINUTES OF TELEPHONIC HEARING RE PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS 41 -IN CHAMBERS held before Judge Consuelo B. Marshall: The case is called off the record and counsel state their appearance. Plaintiff and Defendants are present via telephone. Defendants inform the clerk that they intend to file a motion to set aside the default. The hearing re plaintiff's application for default will be continued to November 10, 2020 at 10:00 a.m. and parties are given a hearing date of November 10, 2020 at 10:00 a.m. for the motion to set aside the default. Plaintiffs counsel reminded the clerk that there is no counsel for the business/companies. Defendants are informed of the Pro Se Clinic that is now available for litigants representing themselves. It offers information and guidance. The Los Angeles Clinic operates by appointment only. You may schedule an appointment either by calling the clinic or by using an internet portal. For more information call the Clinic inLos Angeles at 213-385-2977 ext. 270 or you can submit an internet request at the following site: http://prose.cacd.uscourts.gov/los-angeles In Riverside call the Clinic at 951-682-7968 or the Santa Ana Clinic at 714-541-1010 x 222.IT IS SO IT IS ORDERED. Court Reporter: NOT REPORTED. (shb) (Entered: 09/22/2020) |
| 09/22/2020 | 44 | AMENDED MINUTES OF TELEPHONIC HEARING RE PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS 41 -IN CHAMBERS held before Judge Consuelo B. Marshall: The case is called off the record and counsel state their appearance. Plaintiff a nd Defendants are present via telephone. Defendants inform the clerk that they intend to file a motion to set aside the default. The hearing re plaintiff's application for default will be continued to November 10, 2020 at 10:00 a.m. and parties are given a hearing date of November 10, 2020 at 10:00 a.m. for the motion to set aside the default. Plaintiffs counsel reminded the clerk that there is no counsel for the business/companies. Defendants are informed of the Pro Se Clinic that is n ow available for litigants representing themselves. It offers information and guidance. The Los Angeles Clinic operates by appointment only. You may schedule an appointment either by calling the clinic or by using an internet portal. For more inform ation call the Clinic in Los Angeles at 213-385-2977 ext. 270 or you can submit an internet request at the following site:http://prose.cacd.uscourts.gov/los-angeles In Riverside call the Clinic at 951-682-7968 or the Santa Ana Clinic at 714-541-1010x222. IT IS SO ORDERED. (shb) (Entered: 09/22/2020) |
| 10/20/2020 | 45 | Mail Returned addressed to Nausicaa Rampony re Minutes of In Chambers Order/Directive - no proceeding held, 44 (shb) (Entered: 10/20/2020) |
| 10/20/2020 | 46 | REQUEST 30 DAY CONTINUANCE OF ALL PROCEEDINGS RETAIN COUNSEL filed by Defendant Kfir Moyal. (shb) (Entered: 10/21/2020) |

| | | |
|---|---|---|
| 10/21/2020 | 47 | Notice of Appearance or Withdrawal of Counsel: for attorney Mary Lu counsel for Defendant Nausicaa Rampony. Adding Mary Lu, Esq. as counsel of record for NAUSICAA RAMPONY for the reason indicated in the G-123 Notice. Filed by Defendant NAUSICAA RAMPONY. (Attorney Mary Lu added to party Nausicaa Rampony(pty:dft))(Lu, Mary) (Entered: 10/21/2020) |
| 10/21/2020 | 48 | Notice of Appearance or Withdrawal of Counsel: for attorney Mary Lu counsel for Defendant Nausicaa Rampony. Adding PATSY BARRON as counsel of record for NAUSICAA RAMPONY for the reason indicated in the G-123 Notice. Filed by Defendant NAUSICAA RAMPONY. (Lu, Mary) (Entered: 10/21/2020) |
| 10/22/2020 | 49 | MINUTES IN CHAMBERS - ORDER RE: DEFENDANT KFIR MOYAL'S REQUEST FOR 30-DAY CONTINUANCE OF ALL PROCEEDINGS 46 by Judge Consuelo B. Marshall. Defendant Moyal's Request is GRANTED and the hearing on Plaintiffs Application for Default Judgment is continued from November 10, 2020 to December 15, 2020 at 10:00 a.m. Defendants' motion to set aside ent1y of default shall be filed no later than November 24. 2020. Plaintiff'S response shall be filed no later than December 1. 2020. See minute order for further details. (lom) (Entered: 10/22/2020) |
| 10/23/2020 | 50 | NOTICE of Change of address Changing Defendants address to 729 NW 47th Street, Miami, FL 33127. Filed by Defendant Kfir Moyal. (shb) (Entered: 10/27/2020) |
| 11/19/2020 | 51 | STIPULATION for Order SET ASIDE DEFAULT, STIPULATION for Default against DEFENDANT Nausicaa Rampony filed by DEFENDANT Nausicaa Rampony.(Lu, Mary) (Entered: 11/19/2020) |
| 11/20/2020 | 52 | MINUTE IN CHAMBERS ORDER RE: STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT by Judge Consuelo B. Marshall: The matter before the Court is the Stipulation to set aside the entry of default by clerk signed by Plaintiff and Defendants Nausicaa Rampony and The Cool Heart LLC 51 . The Stipulation is GRANTED and the clerk's entry of default as to Defendants Nausicaa Rampony and The Cool Heart, LLC is SET ASIDE. In light of the Stipulation, Plaintiff's Application for default judgment 41 is denied as to Defendant Nausica Rampony and The Cool Heart, LLC. Accordingly, Defendants Kfir Moyal, Kfir Moyal Art Gallery Inc and Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc Kfit shall file a motion to set aside entry of default or a stipulation to set aside the clerk's entry of default no later than November 24, 2020. The Application for default judgment as to these defendants remains on calendar for December 15, 2020 at 10:00 a.m. A failure to file a motion or stipulation to set aside the clerk's entry of default as to these defendants by November 24, 2020, shall result in default judgment in favor of plaintiff and against defendants Kfir Moyal, Kfir Moyal Art Gallery Inc. and Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc Kfir. IT IS SO ORDERED. See order for further details. (shb) (Entered: 11/23/2020) |
| 12/15/2020 | 53 | MINUTES OF TELEPHONIC HEARING RE PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NAUSICAA RAMPONY, THE COOL HEART, LLC., KFIR MOYAL, KFIR MOYAL ART GALLERY, INC.,, KFIR MOYAL ART LLC., 41 taking under submission 41 APPLICATION for Default Judgment Hearing held before Judge Consuelo B. Marshall: Defendants Ramony and The Cool Heart, LLC inform the Clerk that a stipulated agreement has been reached and an answer will be filed with the Court. Counsel and the parties are informed that the Court will take the matter under submission. A written order will issue. (see document for further details) Court Reporter: Not Reported. (bm) (Entered: 12/15/2020) |
| 12/15/2020 | 54 | ANSWER to Amended Complaint/Petition, 21 filed by DEFENDANT Nausicaa Rampony.(Lu, Mary) (Entered: 12/15/2020) |

| | | |
|---|---|---|
| 12/15/2020 | 55 | ANSWER to Amended Complaint/Petition, 21 filed by DEFENDANT The Cool Heart, LLC.(Attorney Mary Lu added to party The Cool Heart, LLC(pty:dft))(Lu, Mary) (Entered: 12/15/2020) |
| 12/15/2020 | 63 | DEFAULT JUDGMENT BY COURT AS TO DEFENDANTS KFIR MOYAL ART GALLERY INC. AND KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC. ONLY by Judge Consuelo B. Marshall. Consistent with the Court's Order re: Plaintiff's Application for Default Judgment By Court, default judgment is entered against Defendants Kfir Moyal Art Gallery Inc., and Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc. and in favor of Plaintiff in the amount of $150,000 in statutory damages, $6,600 in attorneys' fees, and $1,191.08 in costs. (iv) (Entered: 12/18/2020) |
| 12/16/2020 | 56 | MINUTE ORDER IN CHAMBERS- ORDER RE: PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AND AUTOMATIC STAY AS TO DEFENDANT KFIR MOYAL by Judge Consuelo B. Marshall: Accordingly, this action is automatically stayed as to Defendant Kfir Moyal. There is no information before the Court regarding a petition for bankruptcy filed as to Defendants Kfir Moyal Alt Gallery Inc. and Kfir Moyal Alt LLC fdba Kfir Moyal Alt Gallery Inc., who have not appeared in this action. Accordingly, a written order will be issued on Plaintiff's Application for Default Judgment as to Defendants Kfir Moyal, Kfir Moyal Alt Gallery Inc. and Kfir Moyal Alt LLC fdba Kfir Moyal Alt Gallery Inc. (see document for further details) (bm) (Entered: 12/16/2020) |
| 12/16/2020 | 57 | ORDER RE: PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT by Judge Consuelo B. Marshall granting 41 APPLICATION for Default Judgment: Accordingly, the Court GRANTS Plaintiff's Application as to Defendants Kfir Moyal Art Gallery Inc., and Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc., and orders default judgment be entered against Defendants Kfir Moyal Art Gallery Inc., and Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc. and in favor of Plaintiff in the amount of $150,000 in statutory damages, $6,600 in attorneys' fees, and $1,191.08 in costs. (see document for further details) (bm) (Entered: 12/16/2020) |
| 12/17/2020 | 58 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Answer 55 . The following error(s) was/were found: Local Rule 7.1-1 No Notice of Interested Parties and/or no copies. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (bm) (Entered: 12/17/2020) |
| 12/17/2020 | 59 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES of Interested Parties filed by DEFENDANT The Cool Heart, LLC, identifying COOL HEART, LLC. (Lu, Mary) (Entered: 12/17/2020) |
| 12/17/2020 | 60 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES of Interested Parties filed by DEFENDANT Nausicaa Rampony, identifying NAUSICAA RAMPONY. (Lu, Mary) (Entered: 12/17/2020) |
| 12/17/2020 | 61 | AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES of Interested Parties filed by DEFENDANT The Cool Heart, LLC, identifying COOL HEART, LLC. (Lu, Mary) (Entered: 12/17/2020) |
| 12/17/2020 | 62 | AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES of Interested Parties filed by DEFENDANT Nausicaa Rampony, identifying NAUSICAA RAMPONY. (Lu, Mary) (Entered: 12/17/2020) |
| 12/17/2020 | 64 | AMENDED DEFAULT JUDGMENT BY COURT AS TO DEFENDANTS KFIR |

| | | |
|---|---|---|
| | | MOYAL ART GALLERY INC. AND KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC. ONLY by Judge Consuelo B. Marshall. Consistent with the Court's Order re: Plaintiffs Application for Default Judgment By Court, default judgment is entered against Defendants Kfir Moyal Art Gallery Inc., and Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc. and in favor of Plaintiff in the amount of $150,000 in statutory damages, $6,600 in attorneys' fees, and $1,191.08 in costs. (iv) (Entered: 12/18/2020) |
| 12/23/2020 | 65 | NOTICE OF FILING BANKRUPTCY filed by Defendant Kfir Moyal, Bankruptcy Court case number 20-22770-LMI. (shb) (Entered: 01/05/2021) |
| 01/28/2021 | 66 | NOTICE OF FILING DISMISSAL OF BANKRUPTCY PROCEEDING CONCERNING DEFENDANT KFIR MOYAL filed by Plaintiff Douglas Kirkland. (Attachments: # 1 Order Dismissing Defendant Kfir Moyal's Bankruptcy)(Grossbardt, Jonah) (Entered: 01/28/2021) |
| 02/02/2021 | 67 | MINUTE ORDER IN CHAMBERS - ORDER RE: NOTICE OF ORDER DISMISSING BANKRUPTCY PROCEEDINGS AS TO DEFENDANT KFIR MOYAL AND PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT by Judge Consuelo B. Marshall. On January 28, 2021, Plaintiff filed a notice of a January 13, 2021 order issued by the United States Bankruptcy Court for the Southern District of Florida dismissing Kfir Moyal's bankruptcy case, Case No. 20-22770. (Dkt. No. 66 .) Accordingly, the automatic stay as to Defendant Kfir Moyal is no longer in effect, and the stay is therefore lifted. Still pending before this Court is Plaintiff's Application for Default Judgment as to Defendant Kfir Moyal. Prior to the automatic stay, Defendant Kfir Moyal did not file an opposition to the Application for Default Judgment or a motion to set aside the clerks entry of default. Therefore, the Court sets the following dates: 1. Defendant Kfir Moyal shall file a written opposition to the Application for Default Judgment or a motion to set aside the clerks entry of default no later than February 12, 2021; 2. Plaintiff's reply shall be filed no later than February 19, 2021; and 3. The hearing on Plaintiff's Application for Default Judgment as to Defendant Kfir Moyal is set for March 9, 2021 at 10:00 a.m. (lom) (Entered: 02/03/2021) |
| 02/11/2021 | 68 | NOTICE OF DISCREPANCY AND ORDER: by Judge Consuelo B. Marshall, ORDERING Letter from Kfir Moyal Dated 2/11/2021 submitted by Defendant Kfir Moyal received on February 11, 2021 is not to be filed but instead rejected. Denial based on: Local Rule 83-2.5 No letters to the judge. To the extent Moyal seeks more time to respond to the Application for Default Judgment, his request is denied because he has already been given over 5 months to file an opposition since the original September 1, 2020 deadline to respond to the Application. (Attachments: # 1 part 2, # 2 part 3) (shb) (Entered: 02/11/2021) |
| 02/12/2021 | 69 | NOTICE OF RETAINING COUNSEL filed by Defendant Kfir Moyal. (Attachments: # 1 Part 2)(shb) (Entered: 02/16/2021) |
| 02/16/2021 | 70 | MINUTE IN CHAMBERS ORDER RE DEFENDANT KFIR MOYAL;S NOTICE OF RETAINING COUNSEL, 69 by Judge Consuelo B. Marshall: The Court has reviewed the notice from Defendant Kfir Moyal regarding retaining counsel. Counsel shall file a proper substitution of counsel form and file any requests counsel deems necessary in this action. IT IS SO ORDERED. (shb) (Entered: 02/17/2021) |
| 03/05/2021 | 71 | NOTICE of Change of address by Jonah Adam Grossbardt attorney for Plaintiff Douglas Kirkland. Changing attorneys address to 8730 Wilshire Boulevard Suite 350, Beverly Hills, California 90211. Filed by Plaintiff Douglas Kirkland. (Grossbardt, Jonah) (Entered: 03/05/2021) |
| 03/08/2021 | 72 | MINUTE IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge |

| | | |
|---|---|---|
| | | Consuelo B. Marshall: Counsel are hereby notified that the Plaintiff's application for default judgment as to Kfir Moyal 67 is set for March 9, 2021, and will be heard by telephone. The parties will be given the call in numbers by email 1 day before the hearing date. Parties are instructed to use a telephone land line only and use a handset from a quiet location; no cell phones; no speaker phone. Be available on the line for at least 15 minutes before the time scheduled for the hearing and wait until the Court calls your case. IT IS SO ORDERED. See order for further details. (shb) (Entered: 03/08/2021) |
| 03/09/2021 | 73 | Notice of Appearance or Withdrawal of Counsel: for attorney Mark P. Meuser counsel for Defendant Kfir Moyal. Adding Mark Philip Meuser as counsel of record for Defendant Kirf Moyal for the reason indicated in the G-123 Notice. Filed by Defendant Kirf Moyal. (Attorney Mark P. Meuser added to party Kfir Moyal(pty:dft))(Meuser, Mark) (Entered: 03/09/2021) |
| 03/09/2021 | 74 | MINUTE ORDER IN CHAMBERS SCHEDULING CONFERENCE by Judge Consuelo B. Marshall. Scheduling Conference set for 4/6/2021 at 10:00 AM before Judge Consuelo B. Marshall. (ys) (Entered: 03/09/2021) |
| 03/09/2021 | 75 | MINUTES OF TELEPHONIC HEARING RE PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AS TO KFIR MOYAL 67 held before Judge Consuelo B. Marshall: The case is called and counsel state their appearance. The Court and counsel confer regarding the status of the case. Following discussions with the parties, the Court advises counsel that the application is granted and a written order will issue. IT IS SO ORDERED. Court Reporter: Maria Bustillos. (shb) (Entered: 03/10/2021) |
| 03/09/2021 | 77 | AMENDED MINUTES, 75 TELEPHONIC HEARING RE PLAINTIFF'S APPLICATION FOR DEFAULTJUDGMENT AS TO KFIR MOYAL 67 held before Judge Consuelo B. Marshall: The case is called and counsel state their appearance. The Court and counsel confer regarding the status of the case. Following discussions with the parties, the Court advises counsel that the application is granted and a written order will issue. IT IS SO ORDERED. (shb) (Entered: 03/10/2021) |
| 03/10/2021 | 76 | ORDER RE: PLAINTIFFS APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT KFIR MOYAL 41 by Judge Consuelo B. Marshall: The Court GRANTS Plaintiffs Application as to Defendant Kfir Moyal, and orders an amended default judgment be entered against Defendants Kfir Moyal, Kfir Moyal, Kfir Moyal Art Gallery Inc., and Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc., jointly and severally, in the amount of $150,000 in statutory damages, $6,600 in attorneys fees, and $1,191.08 in costs. IT IS SO ORDERED. See order for further details. (shb) (Entered: 03/10/2021) |
| 03/10/2021 | 78 | AMENDED DEFAULT JUDGMENT BY COURT AS TO DEFENDANTS KFIR MOYAL, KFIR MOYAL ARTGALLERY INC., AND KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC. by Judge Consuelo B. Marshall: Consistent with the Courts Orders re: Plaintiffs Application for Default Judgment By Court (Dkt. Nos. 57, 76), default judgment is entered in favor of Plaintiff and against Defendants Kfir Moyal, Kfir Moyal Art Gallery Inc., and Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc., jointly and severally, in the amount of $150,000 in statutory damages, $6,600 in attorneys fees, and $1,191.08 in costs. (shb) (Entered: 03/10/2021) |
| 03/11/2021 | 79 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Appearance or Withdrawal of Counsel (G-123), 73 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Request for Substitution of Attorney. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 03/11/2021) |

| | | |
|---|---|---|
| 03/25/2021 | 80 | NOTICE OF MOTION AND MOTION to Withdraw ATTORNEY OF RECORD filed by DEFENDANT Nausicaa Rampony. Motion set for hearing on 5/4/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Declaration DEC OF ML, # 2 Memorandum MPA, # 3 Proposed Order PROPOSED ORDER, # 4 REQUEST FOR APPROVAL) (Lu, Mary) (Entered: 03/25/2021) |
| 03/30/2021 | 81 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 3-5, filed by Plaintiff Douglas Kirkland.. (Grossbardt, Jonah) (Entered: 03/30/2021) |
| 04/05/2021 | 82 | MINUTE IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall: Counsel are hereby notified that the above matter is set on the Court's calendar for a Telephonic hearing re scheduling conference on APRIL 6, 2021 at 10:00 a.m. Counsel should use a land line and handset from a quiet location, no speaker phone. Wait on the line until your case is called, while you are waiting, please mute your phone as the Court can hear all the noise in the background. The call in number will be given to the parties one day before the hearing. IT IS SO ORDERED. See order for further details. (shb) (Entered: 04/05/2021) |
| 04/05/2021 | 83 | MINUTE ORDER IN CHAMBERS - OFF THE RECORD by Judge Consuelo B. Marshall: The Scheduling Conference, currently set for April 6, 2021, is hereby taken off calendar. The Court will set the following dates: Initial disclosures shall be completed by April 23, 2021. ADR-1 Form shall be filed on or before April 23, 2021. Motions to amend no later than May 25, 2021. Expert discovery shall be completed on or before October 1, 2021. Initial Expert disclosure due no later than October 15, 2021. Rebuttal expert disclosure completion due no later than November 15, 2021. Expert discovery shall be completed on or before November 30, 2021. Settlement conference shall be held on or before December 15, 2021. Motions shall be set for oral argument on or before January 25, 2022 at 10:00 a.m. Pre Trial Conference is set on March 29, 2021 at 2:30 p.m. Jury Trial is set on April 26, 2022 at 10:00 a.m.(est. 4-5 days). (shb) (Entered: 04/05/2021) |
| 04/05/2021 | 86 | AMENDED MINUTE IN CHAMBERS - OFF THE RECORD by Judge Consuelo B. Marshall: The Scheduling Conference, currently set for April 6, 2021, is hereby taken off calendar. The Court will set the following dates: Initial disclosures shall be completed by April 23, 2021. ADR-1 Form shall be filed on or before April 23, 2021. Motions to amend no later than May 25, 2021. Fact discovery shall be completed on or before October 1, 2021. Initial Expert disclosure due no later than October 15, 2021. Rebuttal expert disclosure completion due no later than November 15, 2021. Expert discovery shall be completed on or before November 30, 2021. Settlement conference shall be held on or before December 15, 2021. Motions shall be set for oral argument on or before January 25, 2022 at 10:00 a.m. Pre Trial Conference is set on March 29, 2022 at 2:30 p.m.Jury Trial is set on April 26, 2022 at 10:00 a.m.(est. 4-5 days). (shb) (Entered: 04/23/2021) |
| 04/23/2021 | 84 | REQUEST for ADR Procedure No. 1 filed. Parties request to Appear Before Maria A. Audero for settlement proceedings. Filed by Plaintiff Douglas Kirkland.(Grossbardt, Jonah) (Entered: 04/23/2021) |
| 04/23/2021 | 85 | INITIAL DISCLOSURE of DISCLOSURE filed by Defendant Nausicaa Rampony (Lookofsky, Lauren) (Entered: 04/23/2021) |
| 04/23/2021 | 87 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Request for ADR Procedure No. 1 - (ADR-1) 84 . The following error(s) was/were found: Proposed Document was not submitted as separate attachment. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not |

| | | |
|---|---|---|
| | | take any action in response to this notice unless and until the Court directs you to do so. (shb) (Entered: 04/23/2021) |
| 04/26/2021 | 88 | ORDER/REFERRAL to ADR Procedure No 1 by Judge Consuelo B. Marshall. Case ordered to Magistrate Judge Maria A. Audero for Settlement Conference. (shb) (Entered: 04/26/2021) |
| 04/26/2021 | 89 | MINUTE IN CHAMBERS- ORDER RE: MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS by Judge Consuelo B. Marshall: The matter before the Court is the Motion for Leave of Court to Withdraw as Counsel of Record For Defendants Nausicaa Rampony & The Cool Heart LLC filed by Ma1y Lu ("Lu") and Patsy Barron Martiinez ("Ma1iinez") of Kermisch & Paletz LLP (the "Motion"), noticed for hearing on May 4, 2021 at 10:00 a.m. (Dkt. No. 80.) Lu, Martiinez, and a representative for Defendant Nausicaa Rampony and the Cool Heart shall each appear at the May 4, 2021 hearing on the Motion. IT IS SO ORDERED. See order for details. (shb) Modified on 4/26/2021 (shb). (Entered: 04/26/2021) |
| 05/03/2021 | 90 | MINUTE IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall: Counsel are hereby notified that the above matter is set on the Court's calendar for a Telephonic hearing re Defendant's motion to withdraw attorney of record 80 on May 4, 2021 at 10:00 a.m. Counsel should use a land line and handset from a quiet location, no speaker phone. Wait on the lineuntil your case is called, while you are waiting, please mute your phone as the Court can hear all the noise in the background. The call in number will be given to the parties one day before the hearing. IT IS SO ORDERED. See order for further details. (shb) (Entered: 05/04/2021) |
| 05/04/2021 | 91 | MINUTES OF TELEPHONIC HEARING RE DEFENDANT'S MOTION TO WITHDRAW ATTORNEY OF RECORD 80 held before Judge Consuelo B. Marshall: The Court, defendant and counsel confer regarding the status of the case. Defendant Rampony is aware that the company Kool Hart, must be represented by counsel and Defendant Rampony aware that she may represent herself in Pro Per, if she so wishes. Following discussions with the parties, the Court advises counsel that the motion will be continued to June 8, 2021 at 10:00 a.m. in an attempt to settle the case. The parties shall consider substitution of counsel if necessary. IT IS SO ORDERED. Court Reporter: Sheri Kleeger. (shb) (Entered: 05/04/2021) |
| 06/03/2021 | 92 | MINUTE IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall: On the Courts own motion, the defendants motion to withdraw attorney of record 80 , currently scheduled for June 8, 2021, are hereby ordered continued to JUNE 15, 2021 at 10:00 a.m. IT IS SO ORDERED. (shb) (Entered: 06/03/2021) |
| 06/11/2021 | 93 | MINUTE IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall: Counsel are hereby notified that the above matter is set on the Court's calendar for a Telephonic hearing re Defendant's motion to withdraw attorney of record 80 on JUNE 15, 2021 at 10:00 a.m. Counsel should use a land line and handset from a quiet location, no speaker phone. Wait on the lineuntil your case is called, while you are waiting, please mute your phone as the Court can hear all the noise in the background. The call in number will be given to the patties one day before the hearing. IT IS SO ORDERED. See order for details. (shb) (Entered: 06/14/2021) |
| 06/15/2021 | 94 | REQUEST TO SUBSTITUTE ATTORNEY MAURICE DAVID PESSAH in place of attorney MARY LU/PATSY BARRON MARTINEZ filed by DEFENDANT Nausicaa Rampony. (Lookofsky, Lauren) (Entered: 06/15/2021) |
| 06/15/2021 | 95 | NOTICE OF LODGING filed re REQUEST TO SUBSTITUTE ATTORNEY MAURICE DAVID PESSAH in place of attorney MARY LU/PATSY BARRON MARTINEZ 94 (Lookofsky, Lauren) (Entered: 06/15/2021) |

| | | |
|---|---|---|
| 06/15/2021 | 96 | NOTICE of Change of Attorney Business or Contact Information: for attorney Maurice David Pessah counsel for Defendants Nausicaa Rampony, The Cool Heart, LLC. Changing Firm Name to Pessah Law Group, P.C.. Changing email to maurice@pessahgroup.com. Filed by Defendants Nausicaa Rampony, The Cool Heart, LLC. (Attachments: # 1 Proposed Order ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY FOR THE COOL HEART, LLC)(Attorney Maurice David Pessah added to party Nausicaa Rampony(pty:dft), Attorney Maurice David Pessah added to party The Cool Heart, LLC(pty:dft))(Pessah, Maurice) (Entered: 06/15/2021) |
| 06/15/2021 | 98 | MINUTES OF TELEPHONIC HEARING RE DEFENDANT'S MOTION TO WITHDRAWN, held before Judge Consuelo B. Marshall: The case is called and counsel state their appearance. The Com-t and counsel confer. Matthew Rollin, is present via telephone and will be substituting in for defendants Nausicaa Rampony and The Cool Heart, LLC. Following discussions with the pa1ties, the Court will accept the defendants withdrawal of his motion on the record in light of the motion to substitute 94 . The motion is now withdrawn 80 . Defense counsel Ms. Martinez will file a declaration under seal identifying what has been turned over tothe new counsel for defendants Nausicaa Rampony and The Cool Heart, LLC, by no later than June 18, 2021. IT IS SO ORDERED. Court Reporter: Maria Bustillos. (shb) (Entered: 06/16/2021) |
| 06/16/2021 | 97 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Change of Attorney Business or Contact Information (G-06),, 96 . The following error(s) was/were found: Incorrect document is attached to the docket entry. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 06/16/2021) |
| 06/16/2021 | 99 | ORDER by Judge Consuelo B. Marshall: GRANTING 94 Request of Defendant The Cool Heart, LLC to Substitute Attorney Maurice D. Pessah in place and instead of Patsy Y Barron Martinez and Mary Lu. Added attorney Maurice David Pessah for The Cool Heart, LLC. Attorney Patsy Y Barron Martinez and Mary Lu terminated (shb) (Entered: 06/16/2021) |
| 06/18/2021 | 100 | NOTICE of Manual Filing filed by Defendant Nausicaa Rampony of DEC. OF PATSY BARRON MARTINEZ. (Lookofsky, Lauren) (Entered: 06/18/2021) |
| 06/21/2021 | 101 | STIPULATION to Extend Discovery Cut-Off Date to JULY 13, 2021 filed by DEFENDANT Nausicaa Rampony.(Lookofsky, Lauren) (Entered: 06/21/2021) |
| 06/21/2021 | 102 | SEALED - DECLARATION OF PATSY BARRON MARTINEZ RE: DOCUMENTS TRANSFERRED TO DEFENDANTS, NAUSICAA RAMPONY AND THE COOL HEART, LLC'S NEW COUNSEL, PESSAH LAW GROUP (bm) (Entered: 06/22/2021) |
| 06/24/2021 | 103 | ORDER by Judge Consuelo B. Marshall, re Stipulation to Extend Discovery Cut-Off Date 101 . The Stipulation is hereby GRANTED. Defendant's Nausican Rampony and The Cool Heart, LLC responses to Plaintiff's First Set of Discovery Request, shall be extended to July 13, 2021. (et) (Entered: 06/24/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/03/2021 17:24:55 | | | |
| PACER | Jgrossbardt | Client | |

| | | | |
|---|---|---|---|
| **Login:** | | **Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:20-cv-01374-CBM-MAA End date: 9/3/2021 |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |