# Exhibit

# 8

Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
DOUGLAS KIRKLAND

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DOUGLAS KIRKLAND,

Plaintiff,

v.

NAUSICAA RAMPONY, THE COOL HEART, LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL,

Defendants.

**Case No.: 2:20-cv-01374-CBM-MAA**

**PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION TO DEFENDANT THE COOL HEART, LLC**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff will take the following deposition:

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

NAME: The corporate representative(s) of The Cool Heart, LLC designated to testify regarding the subject matters set forth on Exhibit A.

Location: Zoom or other Video Platform

Date: September 28, 2021 at 9:00 A.M. PDT

This deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

The deposition will be taken upon oral examination before a notary public or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

**EXHIBIT A**

**DEFINITIONS AND INSTRUCTIONS**

1. The uniform definitions, rules of construction, and other requirements related to discovery requests set forth in Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Central District of California are incorporated as if fully set forth herein.

2. The term "Kirkland" shall mean the Plaintiff Douglas Kirkland.

3. The term "TCH" shall mean Defendant The Cool Heart, LLC, and all of its subsidiaries, affiliates, directors, employees, representatives, and agents.

4. The term "you" or "your" shall mean TCH.

5. "Copies" or "Work" shall mean the copyrighted Work alleged in the Amended Complaint.

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

**MATTERS FOR EXAMINATION**

1. TCH's policies and procedures for the use of Work on its website.

2. TCH's process of uploading images to its website.

3. TCH's policies and procedures, if any, for compliance with U.S. Copyright laws.

4. TCH's actions, if any, for enforcement of the policies or procedures for compliance with U.S. Copyright laws.

5. TCH's acquisition of the Work.

6. TCH's revenue generated from the use of the Work.

7. TCH's revenue generated from the sale of any of Kfir Moyal's artwork.

8. TCH's sale of any Kfir Moyal artwork.

9. All revenue information associated with the image identified in the Amended Complaint.

10. All copies of the image alleged in the Amended Complaint in TCH's possession.

11. TCH's communications with Kfir Moyal.

12. TCH's use of Kirkland's image.

13. All profits derived from TCH's use of Kirkland's image.

14. The insurance policies that may provide coverage for the claims in the Complaint.

15. TCH's responses to Kirkland's request for production of documents served by Kirkland on May 3, 2021.

16. TCH's production of documents in response to Kirkland's Requests for Production served on May 3, 2021.

17. TCH's responses to Kirkland's First Interrogatories served on May 3, 2021.

18. TCH's responses to Kirkland's First Request for Admissions served on May 3, 2021.

19. TCH's basis for its denials in its Answer to the Amended Complaint.

20. All facts supporting TCH's Affirmative Defenses raised in its Answer to the Amended Complaint.

21. TCH's initial disclosures served in this action.

22. Sales, shipments, or deliveries of any Kfir Moyal artwork.

23. TCH's relationship with Kfir Moyal Art LLC fdba Kfir Moyal Art Gallery Inc., Kfir Moyal Art Gallery Inc., and Kfir Moyal.

DATED: September 20, 2021

*/s/ Jonah A. Grossbardt*
JONAH ADAM GROSSBARDT
Attorneys for the Plaintiff Douglas Kirkland

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 2, 2021, a true and correct copy of the foregoing document was served by electronic mail, and on September 9, 2021, a true and correct copy of the foregoing document was sent by electronic mail and United States Mail, First Class, Postage Prepaid, and again on **September 20, 2021**, a true and correct copy of the foregoing document was served by PERSONAL SERVICE to PESSAH LAW GROUP, PC as listed below on the Service List.

*/s/Jonah A. Grossbardt*
Jonah A. Grossbardt

# SERVICE LIST

MAURICE D. PESSAH (SBN: 275955)
*maurice@pessahgroup.com*
SUMMER E. BENSON (SBN: 326398)
*sbenson@pessahgroup.com*
JASON H. SUNSHINE (SBN: 336062)
*jsunshine@pessahgroup.com*
**PESSAH LAW GROUP, PC**
661 N Harper Ave., Suite 208
Los Angeles, CA 90048
Tel: (310) 772-2261

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK