UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KIRKLAND,<br><br>Plaintiff,<br><br>v.<br><br>NAUSICAA RAMPONY, THE COOL HEART, LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL,<br><br>Defendants. | Case No.: 2:20-cv-01374-CBM-MAA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE DISCOVERY CUTOFF** |

Before the Court is Plaintiff's **Motion to Continue Discovery Cutoff**.

After full consideration of the papers filed in support and opposition to the Motion, **IT IS HEREBY ORDERED THAT:**

The discovery cutoff date is extended to December 1, 2021 and Plaintiff's responses to the TCH Defendants' discovery requests are due October 15, 2021.

**SO ORDERED.**

DATED:

HONORABLE CONSUELO B. MARSHALL
UNITED STATES MAGISTRATE JUDGE