Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

*Attorneys for Plaintiff*
DOUGLAS MORLEY KIRKLAND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KIRKLAND, | Case No.: 2:20-cv-01374-CBM-MAA |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| NAUSICAA RAMPONY, THE COOL HEART, LLC, KFIR MOYAL ART LLC FDBA KFIR MOYAL ART GALLERY INC., KFIR MOYAL ART GALLERY INC., AND KFIR MOYAL, | |
| Defendants. | |

Plaintiff DOUGLAS KIRKLAND by and through his undersigned counsel, and pursuant to Local Rule 4-02 of the Central District of California, hereby notify the Court that the parties have reached a settlement and request until December 22, 2021 in which to file a Stipulation of Dismissal.

1  DATED: November 23, 2021

3  */s/ Jonah A. Grossbardt*
4  JONAH A. GROSSBARDT
   MATTHEW L. ROLLIN
5  **SRIPLAW**
6  Attorneys for Plaintiff Douglas Kirkland